# [COMPLAINT FOR EMPLOYMENT DISCRIMINATION: APPENDIX-D: SECTION III: STATEMENT OF CLAIM: QUESTION-E "FACTS OF MY CASE" SUPPLEMENT]

[Facts Of My Case]

[COMPLAINT FOR EMPLOYMENT DISCRIMINATION: APPENDIX-D: SECTION III: STATEMENT OF CLAIM: QUESTION-E "FACTS OF MY CASE" SUPPLEMENT]

Table of Contents

Section III. Statement Of Claim: Question-E: "Facts Of My Case" ...................................... 3

    General Employment *FACTS!!*................................................................................. 4

    Sexual Harassment *FACTS!!*... ............................................................................... 5

    Work-Sabotage *FACTS!!*.......................................................................................... 7

    Human Resources Fuckery *FACTS!!*... .................................................................. 9

    Retaliation *FACTS!!*... ............................................................................................ 10

Section III. Statement Of Claim: Question-A: "Other Acts" ...................................... 12

    Failure To Hire Me *FACTS!!*... .............................................................................. 13

    Termination Of My Employment *FACTS!!*... ...................................................... 15

    Failure To Promote Me *FACTS!!*.......................................................................... 17

    Unequal Terms And Conditions Of My Employment *FACTS!!*... ..................... 19

    Other Acts *FACTS!!*... ............................................................................................ 23

Section II. Basis For Jurisdiction: Question: "Other Federal Law" ...................................... 26

    Title Violation: Title 29 U.S. Code 623 Prohibition of Age Discrimination................................ 27

    Title Violation: Title 29 U.S. Code Chapter. 23 Worker Adjustment And Retraining................ 28

    Title Violation: CFAA - Damaging a Computer or Information 1030(a)(5).............................. 30

    Title Violation: CFAA - Threating to Damage a Computer 1030(a)(7) ...................................... 32

    Title Violation: CFAA - Attempt and Conspiracy 1030(b) ........................................................ 35

    Title Violation: 18 U.S. Code § 1001.Statements or entries generally ...................................... 37

    Title Violation: 18 U.S. Code § 1037.Fraud and related activity in connection with electronic mail............................................................................................................................................. 41

    Title Violation: 18 U.S. Code § 1038.False information and hoaxes.......................................... 46

amanda Turner - "Pro Se" - Complaint
8 Orchard Lane
nterlache, GA 31028
04)691 2616
 meri GMail.com

5. District Court
rk's ffice
5 Mulberry Street, Suit 216
78) 7 2 3497

# Section III.
# Statement Of Claim:
# Question-E: "Facts Of My Case"

rance Turner - "Pro Se" Complaint
8 Orchard Lane
nterprise, GA 31028
(4)6 - 2616
-mer @GMail.com

3. District Court
rk's fice
5 M erry Street, Suit 216
/8) / -3497

[COMPLAINT FOR EMPLOYMENT DISCRIMINATION: APPENDIX-D: SECTION III: STATEMENT OF CLAIM: QUESTION-E "FACTS OF MY CASE" SUPPLEMENT]

## General Employment *FACTS!!*...

1. Initially was not hired as VP Manager as promised once discovered to be black male, as opposed to "*old-middle-aged-white-guy*"

2. Demoted to AVP non-manager position, after compensation reduction of salary, bonus, and benefits, individually reduced in all parameters.......lost my %25 bonus, really mad about that

3. Expected to perform duties at the Director Level absent official title, absent official authority, absent official position....made to perform role and duties as a high-paid-management-consultant, external to all employment matters

4. Expected to "lead surreptitiously so that no one knows that you are truly involved in anything" WHILE creating a new budget strategy that resulted in excess of $40 Million in new technology purchases, where the manager stole $3 Million dollars and was soon to be fired and was told by upper management "Stop asking us for money in meetings, you sucked all of your money away and we are still looking into that, stop asking for money or we will meet without you, if you come to one more meeting asking for some new technology that you don't understand, we will have words"

5. Demanded to teach younger and completely non-experienced peers who respected me as a superior ONLY DURING times when "they were being yelled at repeatedly by the manager for screwing up their work-assignments and projects" or "receiving negative-attention from peers and manager for NOT having accomplished anything.......*for a while*"

Vance Turner - "Pro Se"   Complaint
8 Orchard Lane
Covington, GA 31028
(404)643-2616
merit@GMail.com

U.S. District Court
Clerk's Office
9 Mulberry Street, Suit 216
(38) 752-3497

**[COMPLAINT FOR EMPLOYMENT DISCRIMINATION: APPENDIX-D: SECTION III: STATEMENT OF CLAIM: QUESTION-E "FACTS OF MY CASE" SUPPLEMENT]**

## Sexual Harassment *FACTS!!...*

1. Made to smell female-pheromone-laden-female-ejaculate from several workers who were trying to induce attraction by "fapping-off at their desks within proximity to my presence" so that the plaintiff would engage upon an act of sexual congress which would be construed as an act of sexual harassment AGAINST the black female (hot sexy video vixen looking motherfucker) and the white worker (hot Romanian hot-goddess bitch, sassy and cute)

2. On occasion, the white worker performed and act of female-masturbatory-misconduct on the other side of a cubicle wall so that "splash" of female-ejaculate hitting the floor could be heard, and smelled while leerily-engaged in physical eye-contact with the plaintiff (re: turn down for what) and moments later, fingered herself with two different hands and fingers in two different orifices and demanded the plaintiff determine which hole this one was in WHILE "playing fucking switcharoo tricks" with her hands and THUS THE PLAINTIFF FAILED THE TEST!!!!!! Later determined to be anus, due to lack of smell but errant-heat smelled across the humidity of the air

3. On occasion, the black worker sat beside the plaintiff while dressed and adorned in non-usual work-attire, and........opened her legs so that "her camel toe, and massive thigh-gap" was showing. She tempted the plaintiff with plausible-black-female-worldplay to induce his ghetto side of manhood for a more feral response and sat in this thigh-open position FOR FIVE WHOLE MINUTES while the plaintiff, was heavily engaged in his duties performing identification of ANOTHER CHINESE NATION STATE CYBER SECURITY TARGETED CRYPTO-RANSOMWARE ATTACK.......of which he successfully finished his report and HIS ATTACK sassily thumped (not walked) and heavily jiggled her ass away in defiance

4. On one occasion, the old white lady (different worker, aka Granny-DeVille) openly declared in the presence of the black worker that she would prefer the taste of a black man's ejaculate in her coffee and on her lips, and the black female worker ATTACKER, ATTACKED the plaintiff by NOT DOING HER WORK THAT DAY OR ANY OTHER DAY OF THE WEEK, crippling production of necessary documentation to standardize the legitimacy of the workforce. This was a completely hostile action that got the manager/director of this department IN TROUBLE with his upper management brigade, the money-backers of ALL of these highly-prices positions

ance Turner - "Pro Se
8 Orchard Lane
atietta, GA 31028
54)6   -2616
vner   GHail.com

3. Di   ict Court
rk's   fice
5 M   ry Street, Suit 216
/3) 8   -3497

5.   IN RETALIATION of this failed attempt to smear the name and reputation of the plaintiff, the black worker (aka Thumper) performed the female-pheromone-laden-female-ejaculate-masturbatory-misconduct attack herself SITTING ALONG SIDE OF THE PLAINTFIFF in someone else's office chair, EWW GROSS. She "faps-off" with minor touches since our plaintiff is a man with a high-aura which instantly arouses all women and animals, and once the act was performed without the plaintiff knowing since the touches were so mild and soft, she stands up and demands that the plaintiff "check for the evidence, this seat is wet…..(flips-hair) and you know why (walks off). In disbelief shock and terror, the plaintiff was forced to test the seat-situation and in fact, soon found himself with incriminating evidence upon his fingers and had to smell it to be sure. YOUNG GIRLS COULD BE PLAYING TRICKS!!! The plaintiff distinctly identified the presence of female-pheromones and found himself very-distracted but continued his work in identifying a new cyber attack anyway.

Richard Turner - "Pro Se" - Complaint
28 Orchard Lane
Interlee, GA 31028
(54)6  -2616
tner   @GMail.com

S. Dis  ict Court
rk's   fice
'5 Mu erry Street, Suit 216
78) 7  -3497

P a g e  6 | 55

## Work-Sabotage *FACTS!!...*

1. The director instructed two whole teams of cyber-security individuals (and was working on a third) to NOT TALK to the plaintiff for fear of "he might teach you something and you know what that's going to do to me in upper management meetings"

2. The director instructed ALL OF THE WORKERS except for the plaintiff's lover in Asia "distract him with whatever you can, talk shit, A LOT, he knows, monkeys can always feel that, LOOK AT HIM ALL DAY if you have to, just make sure that he doesn't do MORE WORK than he's already doing, you know monkeys can't be trusted to sit there and get paid like you"

3. The director purposely defrauded the whole entire workforce of FIVE DEPARTMENTS under his station and management, ordering them on multiple occasions personally witnessed by Thumper and Granny-DeVille and other workers to obstruct the "documentation process" because "it makes it easier to lie in audits" and "I can't have upper management know what we do", and reprimanded a Twink-Worker, Drew Guarino, for "dammit, you were supposed to have sex with him, UPPER MANAGEMENT KNOWS THAT GAYS LIE, so you needed to at least, jack him off outside like you did with jack and me the other day, because we can't have them HAVE HIS DOCUMENTATION (hits him on the head like a bad-puppy, BAP). Don't you know how this works, BLACK PEOPLE ARE LIKE NANCY PELOSI CONGRESS, they know how to control things around you, THAT'S WHY THEY GOT OFF THE PLANTATION ASSHOLE!!!!!"

4. The director ruined the plaintiff's reputation "above his level" where he could not reach, where his presence was not requested. The director used the plaintiff's industry-busting cyber-security detections of detecting "all of the bullshit that puts other companies on the news" to further his career and gain a new promotion WHILE paying off Thumper the most non-qualified Technical Writer EVER, with a promotion to Project Manager and she doesn't know anything about project management OR that thing called a "red team" (her words). The director kept the plaintiff out of important steering-committee meetings, round-table groups, and important interactions with the CEO, COO, CISO, CFO, and multiple CTO entities of Deutsche Bank TO MAKE HIM "the little black secret that you will never know about, my little black sexy nigger in a bottle"

rand Turner - "Pro Se"
8 Or land Lane
nter e, GA 31028
54)6   2616
men  @Gmail.com

S. Di  ict Court
rk's  fice
5 M   erry Street, Suit 216
78)   -3497

5. The director ORDERED the plaintiff "STOP DETECTING SO MANY THINGS, we need to go
slow with cleaning the bank up so that the upper management people TRUST ME and not
YOU, AND, what the fuck are you doing with all of this work? YOU KNOW, I am not making
you manager of the SOC, and why? Just be happy working, I know what I promised you in
the beginning on that phone call, WELL, THE DIRECTOR GIVES AND THE DIRECTOR TAKES
AWAY, look at my belly asshole HAHAHAHAHAHAH JOLLY OL WHITE MAN WINS
AGAIN!!!!!!". I think you know what this means.

ance Turner - "Pro Se" - Complaint
8 Orchard Lane
nterprise, GA 31028
04)66 - 2616
enerj 8-GMail.com

5. District Court
erk's Office
5 Mulberry Street, Suit 216
78) 7 - 3492

P a g e  8 | 55

# Human Resources Fuckery *FACTS!!*...

1. Human Resources never investigated the case until well-after the termination of the plaintiff and assisted newly promoted management scum into covering things up to make the workforce, left-behind, intimidated and threatened by stripping bonuses and delaying the director's promotion into MANAGING DIRECTOR while he has had no accomplishments of his own and completely benefitting from a strong black American worker, who is the plaintiff

2. Human Resources, played-cute, on the phone with the plaintiff but secretly after his termination blocked all of his employment opportunities from MAJOR GLOBAL BRAND CORPORATIONS for three years. The plaintiff has interviewed with more than forty Fortune 100 companies and has interviewed with more than eighty Fortune 200 companies but the german government will not let the plaintiff work, they are trying to silence his work and prevent ALL of the rest of his books from being published

3. Human Resources allowed multiple abuses, within their knowledge and surveillance, of all of the rape and physical-assaults perpetuated by the director, which were extensive. He raped Drew and Jack in the booty several times. He touched Allison in the cooter. HE tried to rape Shinetta but a black girl is going to kick your ass, and he physically assaulted Tennille in the face with man-punches on more than one occasion and the plaintiff witnessed the result on two of these occasions. Tennille went to the hospital and suffered a concussion on one of these occasions

4. Human Resources covered up all of the director's crimes and paid off the EEOC to delay or cancel or block the EEOC Charge that the plaintiff filed years ago in 2015 and only recently has the "notification of sue rights" have been obtained by the plaintiff, just as the impeachment debacle was becoming settled. President Trump has his money at Deutsche Bank, is this any coincidence? WELL, HE HAS BEEN IMPEACHED FOR FAR LESS, SO LET'S DO IT AGAIN!!!!

5. Human Resources secretly makes job opportunities and job offers go away or pays off companies to make the plaintiff's new job attempts end abruptly because they are paying people off to make sure that he doesn't "get famous" for detecting breaches at other locations. The plaintiff has been promised senior and management positions at other locations WHILE at other locations been offered legit-bribes to stop doing security. Human Resources has made the entire bank culpable in this scam of worker disenfranchisement and the director cannot solely be accountable

Page 9 | 55

[COMPLAINT FOR EMPLOYMENT DISCRIMINATION: APPENDIX-D: SECTION III: STATEMENT OF CLAIM: QUESTION-E "FACTS OF MY CASE" SUPPLEMENT]

## Retaliation *FACTS!!*...

1. Human Resources instructed a nonqualified newly-promoted manager of the plaintiff to perform a disciplinary action letter of lots of made up and exaggerated things to make the plaintiff perform "angry black man behavior"

2. The director through the allowance of Human Resources promoted multiple very-extremely-unqualified personnel into positions of Manager and Supervisor when these guys, (generally white males) weren't even qualified to be interns in the same departments AND these same promoted-individuals CAN NOT and WILL NOT EVER be qualified-enough to be selected to be interviewed IN ANY OTHER ORGANIZATION IN THE WORLD for the same position or a similarly-ranked position. They do not have accomplishments or achievements that qualify them to be apprentice-level workers in any cyber-security department

3. After each and every single one of these insulting promotions to promote "angry black man behaviors" in the plaintiff the new managers and the director ASSIGNED multiple key-projects and key-tasks to the plaintiff for the plaintiff to mentor, guide, lead them into success, where three of these men performed "acts of confession" with the plaintiff in saying "I'll do whatever you need me to do to be successful, I value your leadership and your expertise, you are way better at your job than the director"

4. The director created an Assistant Director role that was superior to all of the five cyber security departments under his management, and formed the job description, roles, and duties of this role FROM THE BASIS OF ALL OF THE PLAINTIFF'S ACCOMPLISHMENTS AND ACHIEVEMENTS SOLELY WITHIN HIS PERFORMANCE WITHIN DEUTSCHE BANK and the director interviewed in the market HEAVILY to fill this role, assuming "well, if a black guy is doing all of this THEN OBVIOUSLY, I can find a white guy to do the same, I already have these two hundred resumes on my desk that I collected over the years to teach me security, so, I haven't found one yet that can beat Mr. Turner, but he's black, come on, I know that I can find someone out there, that can easily put his work to shame". The director, after two months of secretly-and-privately interviewing for this $250,000 role with 40% bonus, like the directors $45% bonus...............he angrily closes the role after the plaintiff creates the first ever Cyber Threat Intelligence & Cyber Threat Analytics strategy to successfully integrate the five fingers of the fist......the five departments of Deutsche Bank's Cyber Threat Operations into a single-workflow-dynamic powered by the plaintiff's expertise and newly-selected technology of the plaintiff's design and desire. The director closes the role saying to Tennille "I see what I'm doing wrong. Black people don't need to be rewarded to work hard, they just do everything on their own, I can cancel this position, Turner is just going to get whatever-new-guy-that-I-hired-fired and reprimand Donnie for snitching to Turner about the position, we'll fire Donnie later, *ALL WHITE PEOPLE NEED TO STICK TOGETHER TO DEFEAT BLACKIE!!!!*"

**5.** The director removed an important business deal from the table which personally affects his own career. This easily valued $100 Million dollar technology deal with furnish and aggregated an entire managed-cyber-security-practice within Deutsche Bank to extend to the benefit of the private sector and public sector and secret-agency communities would have been solely-run by the plaintiff and the director, while promoting all of the good, lesser workers along the way those that performed well in their normal job duties

The plaintiff was to design and build a prototype-technology of automated-analytics detection that surpassed the prowess and abilities of the User Behavior Analysis & User Entity Behavior Analysis companies who don't detect what he does, using manual methods called, Proactive Manual Risk Detection (PMRD). PMRD is described in full in the plaintiff's book "How To Not Screw Up Your Organization's Security" which is available for purchase on Amazon, Barnes & Nobles, Google-Play, and Apple Itunes, I-Store.

The plaintiff was ordered to "look for startup companies to buy, I know you have a list somewhere that you're not telling me about" and the plaintiff did not immediately press into action because this is an "external affair" and protecting the bank's network and financial-holdings come first. At some point later, the director realized with the previously-mentioned Cyber-Integration Strategy which would have been a world-first and would have stopped the Equifax breach and many others, the director realized that "this is too much power for one black man, when all of the white workers seem to be loving him more than hating him, they are going to revolt against me if I let him continue to grow" and the director shit-canned the project and told a well-known senator to "fuck off and go back to your home-state, he's not working for you and the Government anymore".

The plaintiff has been aggressively trying to seek employment since his termination but with Deutsche Bank "playing tricks" the plaintiff has not been successful in attaining stable and viable work opportunities and even ventured into the world of insurance sales to become a financial advisor but received a phone-call saying "don't take the job". The plaintiff successfully interviewed for two well known companies and was prepared to sit for the state licensing exam but that phone call ended those hopes and dreams of having income. The plaintiff received to job-offers and thought that he would be on the road to management, albeit in another industry.

ance Turner - "Pro Se" - Complaint
8 Orchard Lane
nterlade, GA 3102
·4)6· ·-2616
men·· ·G·alf.com

5. District Court
·rk's ·· ice
5 H·· ·eny Street,
·8) ··· ·3497



https://amzn.com/B07PPXP15C



# Section III.
# Statement Of Claim:
# Question-A: "Other Acts"

Franc Turner - "Pro Se"   Complaint
8 Orchard Lane
Interlake, GA 31028
(54)6   2616
rner   @GMail.com

S. District Court
rk's Office
5 Mulberry Street, Suit 216
78) 7   3497

## Failure To Hire Me *FACTS!!*...

1. VP Manager position was offered after brief phone call. Much of the qualifications required for the position were stipulated to be held within the plaintiff's resume and deep-probative discussion was not required to further evaluate the plaintiff as opposed to a myriad or plethora of other failed-interviews, potentially fifty or greater failed interviews within the spectrum of these CTO roles

2. The hiring process was severely delayed after the plaintiff was rushed into an immediate second interview for what was described as "purely a formality to please human resources" and after the plaintiff was discovered as being black, this process was halted, restarted, and dragged-on for months. The director was aggressively re-interviewing multiple previously-failed applicants in case of "well, did you really know what you were talking about or not, I am in a situation" and "well, something came up with the guy that we wanted to hire, he rejected the offer flat-out so I'm giving the job to you instead"

3. The plaintiff was required by threat of fire to resubmit to additional background checks and additional screenings by human resources at the command of the director and was forced to submit a "pay-stub" as proof of prior income since the previous stipulated pay/wage was respectably higher than what the plaintiff was making at Deutsche Bank and this pissed off the director greatly

4. Soon after hiring the plaintiff recognized that all other subordinate talent, "at the peon level", were greatly unqualified for their positions to the extent of (within the first days of the plaintiff's employment) not being able to answer the question of "what is your job", "what type of work do you do", "are you growing in the industry or just learning", "what type of projects has the director assigned to the group or you personally", "is there a structured group-tasking mechanism that is organized or does the director simply run out into the hall and yell at someone *when he needs something*?". These questions were failed to be answered by every-employee except for Granny-DeVille who said "Don't ask me anything, I don't want to snitch and I think you could make me confess to anything, follow me to a closet and I'll.....(walks away)"

5. The director informed the plaintiff in the following way "About the workers, um, *they are a young team*, I don't want to hear anything about it, that's the last time we are discussing this. I already fired a guy who was experienced but not like you, he just didn't, know how to protect his subordinates from upper-management scrutiny? *DO YOU KNOW HOW TO DO THAT???? PROTECT OTHERS FROM UPPER-MANAGEMENT*

*SCRUTINY*??" This was the day that the plaintiff received his first task in legitimizing a technology purchase that the director didn't know how to explain to upper-management and vowing to "get rid of" a failed multi-million-dollar technology experiment that the director did not know how to approach

rand  urner - "Pro Se" - Complaint
 8 Or  ard Lane
 nter   e, GA 31028
 94)6    2616
 mer   GMail.com

 S. D    rict Court
 rk's   ffice
 5 Mu  erry Street, Suit 216
 28) 7   3497

## Termination Of My Employment *FACTS!!*...

1. The plaintiff was terminated without much of an explanation. Approximately one month after the plaintiff's official termination, he plaintiff was phoned and emailed (a total of three cumulative times) with the following question "when are you coming back to work" and the plaintiff responsibly responded "When are you going to do something about the discrimination against me and all of the retaliation attacks?!". On all occasions the calls drop and hang up or no one in human resources responds to the reply-email. There are been no explanation given to the plaintiff for his undue termination

2. The plaintiff signed an agreement, an employment contract, which enabled him to receive severance based upon performance and length of time of employment. The plaintiff deserved a director's position or at the very least an assistant/interim director position within the first six months of his employment. There are no company rules or mandates barring this type of reward. There are only soft-suggestions and soft-guidances which can easily be overcome if there is enough political-backing. The severance was removed with the following remark "we paid your short-term-disability-claim and that will be construed as your severance........we own the company". Deutsche Bank owns the short term disability insurance company

3. The plaintiff did not earn termination. The plaintiff served as the impetus and fulcrum of the removal of nearly two-hundred "insider threat" employees within the bank's nearly 100,000 member employee base. The plaintiff has done nothing wrong except for perform to the expectation of the director, leading his employees into a new golden age of cyber achievement. The plaintiff has never had a single argument with any employee, including the director, who, by comparison YELLS AND CURSES at his team and subordinates and has committed violent physical abuse and sexual violence attacks against several employees and human resources has covered it up

4. The plaintiff encountered a "made it too uncomfortable for me to stay" employment situation. There were multiple rumors being spread which impacted the plaintiff's ability to perform. In this type of environment "when people don't like you OR when the tribe has been ordered to attack you, no one works with you and they will make things up about you". The plaintiff's clean-record was good enough to help him not incur extensive damage from basic rumor / basic smear attempts. However due to the escalation by the director to promote "four completely-non-qualified white-males within thirty-days to positions of manager and supervisor" the writing was on the wall and something had to change. The plaintiff could not work within an environment that has a "manufactured, artificial glass

ceiling" where all of your accomplishments and achievements are "fed up the chain of command, diluting your success and merit ability by each person between you and "power""

5.  Even though in his latter days the plaintiff was over-inundated with projects and tasks that were going to make each-and-every-employee successful in their careers permanently, this increased the escalation of attacks by the director in fabricating a "pull him in the closet and yell at him meeting to tell him what's up" for the purposes of intimidation AND a completely fraudulent-phony disciplinary-action-letter which the plaintiff was threatened to sign as acknowledgement of all of the phony-offenses, none of which have ever taken place, completely fake. The plaintiff always modeled the most perfect, perfect behaviors, having many, perfect just absolutely perfect conversations......with many QUID PRO QUOs because these savage shits don't do anything (AS IN THEIR JOBS) unless you "feed" them in ways that they cannot do on their own. Our plaintiff was excellent in the best political quid pro quo maneuvers and for that he deserves a reward

~andc Turner - "Pro Se"   Complaint
8 Oakland Lane
nfer e, GA 31028
54)6   2616
mer  GMail.com

5. D  rct Court
rk's  fce
5 Mc erry Street, Suit 216
/8) &  -3497

P a g e  16 | 55

## Failure To Promote Me *FACTS!!*...

1. The plaintiff was not rewarded for his new budget-strategy which was literally cooked on a whim, out of thin-air because the director pressured him to produce something for him to "get me out of the thick with the upper management suits, I know your suit has power, I can feel it". The plaintiff "had to pull something out his back pocket" something that he planned on using if he ever became "manager" or "director" anywhere in the land of cyber opportunity. He created a holistic revitalization strategy to create new workforce requirements based upon new technology acquisitions which would escalate the ability for Deutsche Bank to respond to cyber attacks, in contrast to their dull and boring cyber allotment of things............just things that were really cool in 2008 but the bank was too scared to upgrade ANYTHING because of fear of having someone like the director run their cyber into the ground, like USPS and other places who are crippled, still, and cannot even understand what cyber is or what a door-knob is, like the GAO and the FDA who both don't understand how many users or computers they have. They don't even know what alerts are!!!!! The plaintiff has first-hand knowledge of these failings with these other organizations so don't think it's slander

2. The plaintiff performed more than 200 heroic cyber detection acts and achievements, of which are too technical to explain in this briefing but he is more than happy to explain a select-few of them to the judge in private chambers. Any jury understanding how delicately-flawed and fallible that "most modern cyber teams" are, AS WELL AS ANYONE ACCESSING THE PUBLIC RECORD, could instantly set-this-fucking-nation-on-fire WITH EVEN MORE attacks. These guys don't know how to respond to alerts, so the plaintiff's bare-metal-performance seemed like lightning-in-a-bottle, as if Odyn smacked God in the face and said "YOU DOIN IT WRONG BETCH, *YOOOO BETTTTTAAAAAA WEEEEERRRRRRRRRRK IT GURL!!!!*". The plaintiff requests that ALL WORK RECORDS be subpoenaed but many years have passed since the termination and EEOC initial charge, and so with three years of delay, who knows what has been sabotaged, destroyed, wiped, removed, etc. We are not in a good situation

3. The plaintiff created the ability for the director to create these new, ad-hoc unplanned-spontaneous "middle of the night without informing the recipient" PROMOTIONS. The director had zero standing with upper-management and couldn't even request severance for himself or a sabbatical or hiatus for a key-employee in upper-management meetings. The director stole three million dollars and claimed that he was mind controlled into doing it. The plaintiff's rampant success in these many areas created an umbrella of opportunity for the director to "do whatever he wanted in the name of Mr. Turner" but never rewarded Mr. Turner for anything. Instead he promotes several white males but eventually DEMOTES

THEM when they cannot defeat or dethrone Mr. Turner by their lack of accomplishments. In his racism, the director believed that promotion brings progress and this is why the director thinks that Mr. Turner worked for the CIA because "no black man would be working this hard unless he was promoted elsewhere"

4. On top of his own workload, WHILE performing as proxy and emissary to the director in many-many-perfect-ways, the plaintiff was required to "lead the leads" / "lead and teach the new managers" HOW TO DO THEIR JOBS and take care of and rescue their failing projects which were doomed to be failed without the plaintiff's intervention or guidance. This angered the director so much that this influenced that decision to create the phony-disciplinary-action report which DB affectionately terms in such a cute way "a performance warning letter". WHY DOES THE PLAINTIFF NEED TO BE WARNED IN HIS PERFORMANCE WHEN HE IS DOING EVERYTHING FOR EVERYONE??????? It is a conspiracy of silence, that human resources is orchestrating on behalf of someone powerful

5. The plaintiff found himself with never-ending responsibilities in a workforce that was so incompetent that the plaintiff was routinely requested to be "the final word on an issue" because these lesser peons were not trusted and neither was the director. Upper management had so much trust in the plaintiff's performance that they allowed the director to lie to them anyway and the plaintiff would receive "backchannelling phone-calls from a high-level director who interfaces with everyone to coordinate strategy AROUND the ill-performance and ill-temperament of the director". Why wouldn't you promote a guy that keeps you employed and successful? That could be racism? It might be racism? Nah…..that wouldn't be racism

…ance…arner - "Pro Se"   Complaint
…8 Oa…rd Lane
…nter…e, GA 31028
54)6…2616
…men…@GMail.com

…S. Di…ct Court
…rk's …ice
…5 Mu…rry Street, Suit 216
…8) 2…3497

P a g e  18 | 55

# Unequal Terms And Conditions Of My Employment FACTS!!...

1. The plaintiff's greatest merit of case is performance. In his initial communications with Human Resources of Deutsche Bank, he outlined for them in very STRUCTURED and ORGANIZED emails which Human Resources described as "well, can we just use your fucking emails as the damn SOP/KOP documents themselves, wade really doesn't know shit and we're saying this bluntly now because it is standard for us to understand what employees do or are supposed to do before we investigate anything, SO, we were waiting for these three weeks before phoning you because USUALLY.......USUALLY......FUCKING USUALLLY (clearly this is an attractive-white-girl talking) YOUR DIRECTOR OR VP MANAGER HAS ALL OF THIS SHIT (shrieks, and someone else older takes the phone). Mr. Turner, why are you so good at your job? This doesn't make sense, Usually when a Director or VP creates this "umbrella of confusion philosophy" BY NOT creating policies and documents, USUALLY all of the workers are in on it, Mr. TURNER?????!!! ARE THESE WORKERS SCAMMING DB?".

   The plaintiff slowly formed reasons to thought and thought to word and said "Unfortunately, I share the same sentiment and rage of the previous Human Resources individual that began to address this question to me. I don't, I AM GOING TO LOSE MY FUCKING SHIT ON A DAILY BASIS BECAUSE YOUR BANK, my beloved employer is under attack and you people see how many people I got fired (someone in the background says 200, WE'RE TAKING AN OFFICE-POLL TO SEE IF YOU GET TO 300 LIKE THE MOVIE HAHAHAHAHAHAHAHAHAHAHA). I am doing what I can, at a slow-pace, to NOT piss off the racists, they can all sit there but I have to be plantation-owner and share-cropper in the same day. HE WANTS to make me into an indentured-servant and WELL, that's just TOO MUCH FOR MY SOUTHERN ROOTS!!!"

2. The plaintiff described the work-situation as "these people aren't even qualified to be interns and they have a running-joke of "Well, you don't want Mr. Turner to interview you HAHAHAHAH nope, we wouldn't be hired here, I bet he would clean out all of CISO....haha except for Brendan (Goode, the director's boss, managing director)". In an environment where the expectation of performance is unequal, it's really hard to understand if you can be properly-credited for anything that you do. THIS CREATES PSYCHOLOGICAL STRESS THAT IS CRUEL AND UNUSUAL PUNISHMENT, especially when "guys that just badge-in and sit there" receive promotions. No one knows what bobby bradshaw does..... He was demoted from VP after being promoted to VP to piss off the plaintiff into some "angry-black-man-rage-moment" because he didn't accomplish anything. SO WHILE the plaintiff is making the

director promoted and created an umbrella of performance that allowed for all of these fly-by-night promotions THE PLAINTIFF CAN'T EVEN BE TEAM LEAD OF SOMETHING? BUT SHINETTA FREEMAN, THE WHORE, THE JEZZZZYBOO OF BABYLON, a girl that was hired to be a Technical Writer as a contractor-FTE status slave was PROMOTED INTO PROJECT MANAGER – AVP status TO KEEP HER MOUTH SHUT. "You get those black girls to shut up if you promote them". That's what the director thinks. The plaintiff wasn't promoted for all of his good work BUT SHE can be promoted for attempted seductions and planned and paid-for sexual harassment and to silence her, you triple her salary in a month????? Is that racism? No no, that's just, that's just Hunter Biden and John Kerry's son getting board-seats in the Ukraine ON THE SAME DAY OF THE WEEK....nahh nahh, that doesn't have ANYTHING to do with national security.....nope....THE PRESIDENT CAN'T INVESTIGATE THAT!!! OBVIOUSLY THAT'S AN ABUSE OF POWER!

3.  The plaintiff used his knowledge and acumen to assist other workers into being successful because the plaintiff would be scrutinized for "making others look bad" and "only worrying about yourself". In Corporate America YOU are responsible FOR YOUR OWN PERFORMANCE. The director is responsible for the team's performance and ALL of his peons. The plaintiff was FORCIBLY MADE BY THREATS OF TERMINATION AND OTHER ACTS OF CAREER-SABOTAGE to "help these guys along", "I know that you don't know jack, but he needs the drew-treatment, and help out bobby and scott as well, or I'm firing them if you don't give me a reason to keep them and I'm still on the fence with firing the SOC, but you keep saying that we need them for something.......oh what's that word? Security? Well, I don't see it............but I guess you need someone to process all of those investigations that you start, WELL, can I fire Singapore instead? (the plaintiff said yes). WELL I CAN'T DO THAT ASSHOLE, THEY WORK FOR THE CHINESE GOVERNMENT, AND WELL, AND WELL, WHO WANTS THOSE PROBLEMS? I already think I'm mind controlled as it is.........and I think China killed my mother. OR DID YOU? BLACKIE, DID YOU ORDER THE HIT ON MY MOM OR NOT? I didn't think that your aura reached into the hospital or was it your father?". Everyone thinks that a black man in a suit is a professional hit-man. They make that joke from taken about the plaintiff "a man with a particular set of skills". They are scared of black people in that office and they don't talk to them

4.  The plaintiff created proprietary training materials for the SOC and Cyber Threat Analytics and Cyber Threat Intelligence departments and was working on furnishing training materials for The Vulnerability Management Team and The Red Team (these are five SEPARATE and DISTINCT departments within Cyber Threat Operations) AND THIS pissed the director off SO MUCH, so much so, that this is WHEN this faggot-fucker (yes he rapes gay boys in the butt, Drew will testify but maybe not Jack) decided to enact his "manufactured, artificial-glass-ceiling-attack" of insta-promotions of several dorky-individuals that cannot even explain

ance Turner - "Pro Se" Complaint
8 Or  ard Lane
nter  e, GA 31028
4)6   2616
ner   GMail.com

S. Di  ict Court
k's   fice
5 M   rry Street, Suit 216
8) 7  2-3497

security to newcomer-employees in orientation meetings. THE PLAINTIFF IS WITNESS TO THIS AND THIS IS NOT SLANDER!!!!!!! Since his termination the plaintiff has developed his own book series that is congruent with "knowledge and fact THAT IS NOT present in the industry ANYWHERE" and thus that's why he writes. He specializes in "knowledge gaps" and fixing them. He can probably fix your car and toaster by looking at it. But he doesn't like toasters. He's just that type of guy. As he says he's a meat and potatoes guy. He just likes to get the job done. He has cleaned pools, waited tables, been a beer guy at professional NBA/NFL sports events, prior sports athlete, worked out with special forces and policemen personnel on military bases. He is a man's man. He loves everyone but he really hates the gays. They always like to "touch on him" or "get close within your personal bubble" which takes us to our next issue

5.  The plaintiff was forced with reason to bring "measures of protection into work" which include a Glock 22, machete, several knives because "they climbin in yo window, they snatchin you people up......hide ya drew, hide ya jack, hide ya drew, hide jack.......and hide Tennille because HE EVEN RAPIN BRIAN......you ain't even got to confess, bitch I come strapped, I will find you, I will find you, so you can run tell dat, you can run tell dat, home-boi, home-boy, home-boy, home-boy"

Drew was repeatedly "raped in da booty-hole" by the director and other personnel were punched in the face, choked, slammed, brutalized in several ways including some man named Jeff Flaig YELLING IN HER FACE, of Tennille like an angry howler monkey, witnessed by the plaintiff on three distinct separate-days-of-occasions. So, the plaintiff lent his machete (it's fine, there were four in his car) to drew and on one occasion Brian Dunn, so that they "could feel safe at work" because the director was out of control.

Unfortunately in those rape-and-abuse situations, people are not going to talk. They aren't going to snitch on themselves, because usually they have been paid-off or rewarded in other ways. Many of these workers were "on the take" directly from the director for "purposes". I don't know what those purposes were. I don't know. Drew was directed to "be gay with him", "show him your boi-pussy", "make sure he flirts with the girls", "give me something so that I can fire, rehire, AND THEN DEMOTE his black ass". Drew was a loyal pigeon. He know that the plaintiff would "protect his little gay ass from slaughter" because in general, black men protect the weak. Our people cannot stand for violence and we immediately respond with greater or similar force provisions because you can't let it happen. When it happens to one of us, it happens to all of us. We are all slaves here

Drew may tell a story where the plaintiff lent drew his gun to keep the director from raping him or assaulting him further. Drew was instructed "Pull the trigger and I'll chop his fucking

ranc  Turner · "Pro Se" - Complaint
B Or  ard Lane
nter   e, GA 31028
54)6   -2616
mo   GMail.com

5. D   ict Court
rk's   ice
5 Mu  erry Street, Suit 216
78)    -3497

head off and I'll dump the body, just call the police after". Drew was not molested that day. Human Resources knows of all of these things and they have MANY of these wild and outrages stories on video. Some say the NSA will turn these events into an anime of sorts like a Japanese anime to teach children how or what they are supposed to do in many adult situations where Domics is going to teach you the wrong shit, or some site like WorkItDaily is going to lie to you about everything making you so completely ignorant to "adult decisions" that you are going to make yourself a victim or sabotage your career in so many ways that we can't even list them all

Drew has stories to tell. The plaintiff should have been hired by Human Resources into a director position due to his conflict-management, crisis-resolution performances. Drew became loyal to the plaintiff, (sorta in a jailhouse, you protect my butt and I serve you type of way) (we've all seen it in movies, it's no big deal) but this caused the director to demote Drew from his un-earned Team Lead and BISO positions. Drew held two titled positions and they were forcibly removed from him WHILE he never actually received the pay and benefits that come with ANY of these positions because the director was so fraudulent that Human Resources told him "well, no, sorry, he can have the titles and the functionality but CAN AT LEAST ONE OF YOUR WORKERS DO SOMETHING GOOD BEFORE YOU PROMOTE THEM?"

ance Turner - "Pro Se" - Complaint
8 Orchard Lane
ater e, GA 31028
94)6   2616
men  GMail.com

S. District Court
rk's ffice
5 Mulberry Street, Suit 216
/8) 7  3497

P a g e   22 | 55

## Other Acts *FACTS!!*...

1. Hired a sexy black girl (the plaintiff characterizes as professional-video-vixen) who has no skill in professional writing or technical writing to be a Technical Writer and Technical Documenter for the Cyber Threat Operations teams to surreptitiously flirt and sexually-entice the plaintiff into actions that could be construed as sexual harassment alleged-against the plaintiff

2. Promoted this sexy-young-black-thangmonster from contractor status into AVP Project Manager of "The Red Team" and this hunny doesn't even know the basics of cyber defense to understand the value of proactively attacking a network

3. Ordering the sexy-black-thangmonster to "get the job done AND GET ME SOMETHING INCRIMINATING SHINETTA" in reference to sitting on the plaintiff's lap like Allison performed one time to "make him wet with your pussy like ALLISON, DO ALLISON'S TRICK ON HIM, he likes that I SEE YOU GIRLS TALK, I SPY ON ALL THE CHATS" and she performed these "female-ejaculate-squirt-techniques" on occasion within proximity of the plaintiff to psychologically-induce-him-into-a-rapist-fury

4. Punched Tennille in the face

5. Punched Tennille in the face a different time where she went to the hospital

6. Raped drew in the booty

7. Brian performed mouth-service

8. Fingered Allison into the cooter and was going for the backdoor which is when she stopped him because "I was saving my back-pleasures for you, I wanted to be true to us......love you"

9. Invited the plaintiff to an orgy-dinner where after the dinner many of these employees fancied themselves into the director's home where they "performed florida swinger activities from dawn to dusk"

10. Surreptitiously invited drew to a second orgy-dinner where drew was kidnapped by threats of termination and by Jeff Flaig and his wife, and who knows what they made that poor little gay boy do

rancis Turner - "Pro Se"
?8 Or hard Lane
nter e, GA 31028
4)6   2616
nen  8GMail.com

S. Di  ict Court
rk's   fice
5 M   ery Street, Suit 216
8) 7  3497

11. Set upon by a third-black-female employee Katrina, who, looked like a covert operative trying to work and turn an asset at this second orgy-dinner, setting her sights and affections upon the plaintiff. AND YES, she has very *gentle* affections. PRIOR TO THIS DINNER the plaintiff and her NEVER SPOKE A SINGLE WORD to one another and the plaintiff thought that she was a lesbian and "not on my radar" because she wore denim every day and flannel in the traditional sense of lesbian garb. The plaintiff has prior-experience in "turning-lesbians" but he's not a prowler or a schemer. He believes that your sexuality is your business and it's no business of his to be pursuing you to prove himself correct about your sexuality. But maybe she never was a lezzy and just kept her hair short. EITHER WAY, those signals (hair, denim, flannel, denim-denim) put the plaintiff on another path of affixing his desires........I think you get the message

12. Made to perform a rescue operation on the Cyber Threat Intelligence department because "they are going to get shit-canned this month if "I" don't produce something, SO I NEED YOU TO HELP ME BECAUSE IF THEY FIRE THEM, THEN I HAVE TO KILL LIN LIU SO THAT YOU WILL KILL ME, and I don't want to die yet". It is equally believed by all employees of the bank, to the highest levels, that the director "has connections" and thus.......he has a "hit" and "roving squad" set to take-out Lin Lui former CISO of Deutsche Bank because she was going to publicly ruin his career due to (most of these things, like 90% of them occur AFTER her firing) she knowing how much of a shamster he is and how sexist he is and how much he generally hates women and children.

She was going to tell a story of racism (she is Chinese) and sexism and how HE personally ruined her career by not doing anything at all that he was supposed to do, such as.......

   I.    A basic network risk assessment which the director said is impossible BUT the plaintiff, later produced in the budget-strategy a architecture of the intention of that directive

   II.   A full accounting of all of the accomplishment of all work-personnel, which the director outright refused because "Well, I don't want anyone looking into my operation and YOU KNOW HOW IT IS, that's not professional, no one is asking you about me"

   III.  Never performed adequately in good-will and good-faith in any of her meetings, because "Well, you just keep asking me questions and you're my leader so, why aren't you leading the charge and giving me direction, I KNOW, you want me to do all of the work for you asshole SO WELL, FUCK YOU YOU'RE NOT MY WIFE, YOU'RE HOT AS SHIT, BUT you're not my wife"

   IV.   Sabotaged her relationships with upper-management and The C-Level by making inferences and implications that "She was not technical and didn't deserve her job" while never exceeding her perceived-technical-capacity or her perceived-

ranos Turner - "Pro Se"  Complaint
8 Orchard Lane
nterton, GA 31028
54)6    2616
rner...@GMail.com

5. District Court
rk's  ffice
5 Mulberry Street, Suit 216
78) 7   -3497

technical-performance in anything that he has done EVER.......and furthermore created the same dynamic of the relationship that he accused Lin Liu of having WITH HIM by perpetuating the actuality and existence OF THE SAME with the plaintiff in more erroneous ways and we can subpoena that records for all of that

V.    Directed the CEO and other C-Level members to "fire the bitch, she keeps ordering me to assess the network and not protect the network, A NETWORK ASSESSMENT IS NOT PROTECTION, yup yup, that's why she needs to go, she wants to LOOK at the network, she doesn't want to DO anything about it"

# Section II. Basis For Jurisdiction: Question: "Other Federal Law"

ance Turner – "Pro Se" – Complaint
8 Orchard Lane
aterville, GA 31028
54)6  2616
ner  GMail.com

S. District Court
rk's fice
5 Mulberry Street, Suit 216
78)    3497

# Title Violation: Title 29 U.S. Code 623 Prohibition of Age Discrimination

1. The federal statute and EEOC mandate does not allow for the plaintiff to officially make claim in pursuit of justice with respect to statute-limitations declared within the title itself. However, the spirit of the law has been broken. The plaintiff is not "an old middle-aged white guy" and that created an entire environment of racism from ALL EMPLOYEES. Some of these employees were hesitate to "come around" and only done so because the plaintiff performed so strongly. Lesser "white men" who have done nothing received far more credence and perceived-value due to their Caucasian status

2. The plaintiff was not included in many meetings or project opportunities because "the whites wanted a crack at it first" to collectively disenfranchise the plaintiff in all ways. However, once they failed or once they found themselves failing, they quickly ran to the plaintiff for him to "clean up their mess" because "black people can be trusted to perform and do their jobs AND THEN THAT's when you......run to the manager and steal credit for everything that they did"

3. The director did not immediately trust the plaintiff's professional abilities simply because he was not old and white. Other employees were offered opportunities to contribute in many ways absent successful contribution to anything. The director created many cover stories to allay concerns from management employees who would inquiry to the nature of these personnel, continually being presented and you don't even trust them yourself. This situation did not change during the plaintiff's employment who was forever barred from "the daily stand-up meeting" because "it would send the wrong message"

4. Female employees were discovered to be trusting the words of white-males over the plaintiff's logical advices because "well, the director doesn't seem to like you and well, I'll take my chances with them". These females (two black, one white) employees were initially extremely hostile and rude to the plaintiff because "you just look like trouble". What is "looks like trouble"? If your manager isn't being racist to you THEN the other employees are going to fuck you over as well

+ranc| Turner - "Pro Se" Complaint
18 O||ard Lane
onter|e, GA 31028
54)6| 2616
|me|FGMail.com

S. D|ict Court
erk's|fice
'5 Ma|ery Street, Suit 216
78)|-3497

## Title Violation: Title 29 U.S. Code Chapter. 23 Worker Adjustment And Retraining

1. The director planned on using the new-budget-strategy creation of the plaintiff to fire a swath or "plant of workers" in Germany as a hostile act of xenophobia and disenfranchisement for no reason other than, he wanted to be at-war with his employer in a way that they could not disacknowledge of occurring. The plaintiff provided logic-structures to the director which strayed him from this pay because that is generally a sin. These are valuable employees and you aren't even going to give them a chance to better their standing in other ways?

2. The director planned on replacing the technology that these workers were assigned to and hiring new batches of workers and training the new workers, since the new workers would be American and thus "Work in the American SOC and not Germany's SOC and thus I can trust them and not have to worry about GERMANY PLOTTING BEHIND MY BACK, and *why are you protecting them*?". The plaintiff responded with "your workers are good workers and you need to, as per your mandate and promises, continue to provide coverage in security across time-zones, and regions, as you keep telling Germany and the UK that you do. So, I am protecting YOU from incongruence of language issues which amount to sueable fraud and violations of your operational mandate agreements when you signed your new-hire paperwork not to degrade the services of which you are assigned to or create. When you establish a new workforce THAT IS a degraded-service and that's where Germany is going to catch you by the tail.........just looking out for ya, I got yerrr back, boo"

3. I director continued in his "I need to lay-off someone, so that I can siphon the unpaid salaries into my account and delay the onboarding of the new hires and then that's MEGA-THOUSANDS in A MONTH" strategy by saying "well, WHAT IF, it's just the SOC, those twenty or forty or so dudes that I pay to clean up your messes that you seem to find out of nowhere and then, we wait two months or more, and let the helpdesk, as you say, upgrade-themselves AND THEN, what if that? WHAT IF I DO THAT?". The plaintiff responds with "Again, you are degrading the state of SOMETHING and NOW, you don't have coverage for twelve hours of the day. As long as you keep the coverage I'll help you move workers around". The director sharply-reprimands the plaintiff with "I WANT TO FIRE THEM, I need to take my wife on vacation AND I PROMISED HER AND I stole the money". The plaintiff responds with "what if we hire new workers, really-quick, it has the same effect of....well no, you are talking like this week or next week, um, how about, you promote me into that VP slot that's been sitting around (The director interrupts and says NO NO I already took

that money, Human Resources just called) well, I don't know what to tell you. I mean, who likes vacation anyway, all you do is just look at other people that you don't know. See, a real vacation is, you get new girlfriend and lie to your wife and then you just fuck that new girlfriend's brains out and then dump her, DUH?!!! ISN'T THAT HOW WHITE AMERICA SOLVES THEIR PROBLEMS???". The director says "Are you making fun of me? That hurt my feelings". The plaintiff responds "I don't know, how to inflate something that can't approve". The director says "WELL FINE, DON'T HELP ME, I was planning on giving you a kickback since I took away half of your bonus already". The plaintiff leaves the room

4.  A situation arises where the plaintiff can contribute to the SOC's lack of expertise and the director strips it away. (ACTION!). The plaintiff says "Okay, so getting ready to train the SOC so that you don't fire them AND REMEMBER, FIRE SIGNAPORE INSTEAD, THEY WORK FOR CHINA. The director, while sniffing lines of heroine at his desk says "WHAT? I told you WE CAN'T FUCKING FIRE THOSE SLANTY-EYED-NIGGAZ and why do you like Chinese-hoes anyway, I SEE YOU FLIRTIN WITH GEORGIN!!! SO....what if? I fly her here? Will you fuck her brains out on camera, so that I can fire you? REMEMBER, THIS IS A PLANNED FIRING. WHEN I FIRE YOU....I hire you back AND YOU DO ALLLLLLLLL THE SAME WORK, but I pay you like DREW, I need the money". The plaintiff says "We can't keep people here without allowing them to grow, you cannot keep workers around you where you are sitting on their legs, not allowing their careers to breathe and foster themselves in natural ways, you are like a unnatural-but-occurring disaster like the white man taking out all of the factories and leaving people in the ghetto. YOU ARE DOING THAT...........TO THOSE COLORFUL-WHITE PEOPLE OVER THERE!! DON'T YOU SEE THOSE SQUIRRELS (director does another line, SNORTING LOUDLY) STRUGGLING....NO, I don't want any, THANKS, I JUST FOUND MALWARE DAMMITTT....AND YOUR SOC IS OUT THERE, PRESSING THEIR BABY-HEARTS TOGETHER TO TRY TO CLEAN IT UP". The director unmoved by these words, waves like a little woman at the plaintiff and the plaintiff walks away defeated, unable to save the SOC but really wanted to see Georgin. Who doesn't like Asian women? The plaintiff does!!

Lance Turner - "Pro Se" - Complaint
8 Or  ard Lane
ntervi  e, GA 31028
   66   2616
   er   @Gmail.com

S. Di trict Court
rk's  ffice
5 M  erry Street, Suit 216
8) 7  3497

## Title Violation: CFAA - Damaging a Computer or Information 1030(a)(5)

1. The director is committing a series of CFAA violations, intended harm, by refusing to train workers, by refusing to allow the plaintiff to train the workers of ALL CTO DEPARTMENTS (five global departments) to fix the bank's lack of security. This causes more breaches and the plaintiff cannot protect all of the 200,000+ computer-things himself. He needs adequate support to perform his job. The director doesn't want upper-management to know how dirty the network is, WHILE PERFECTLY KNOWING the harm that he is causing with all of this untrained staff

2. The director forces to plaintiff to "clean the network up slowly" to "go slow" so that upper-management doesn't get upset when they see all of these incidents that you are creating from finding things that I should have cleaned up last year or should have purposed the teams better in finding. The plaintiff cannot violate this order. The director IS IN CONTROL OF ALL WORK PROCESSES. The director can kill any task or any project at any time

3. Because the director did not hire the plaintiff to the originally-offered VP Manager position, the plaintiff was completely unable to effect his leadership and his expertise in productive ways that are complimentary and congruent to his-own work-performance standards, NOT BEING ABLE TO, elevate the five-departments to competency quality and thus all of the bank's 200,000 computer-node-THINGS incurred innumerable risk. If these workers could have been brought into competency and potentially greatness by the plaintiff if he was given control of the five Cyber Threat Operations (CTO) departments, many computers would not be infected and many "insider-threats" would not be actively compromising systems

4. The entire workforce of CTO resident in Jacksonville Florida at 5022 Gate Parkway, 35526 are ALL CRIMINALLY LIABLE in violation of this federal statute and should be prosecuted to the fullest extent of the law for being hackers. They all know the quality of work of the plaintiff and "held their tongues" in a conspiracy of silence "leaving the network dirty", not effecting their skills and limited-expertise in better ways, and for some of them.............just not growing at all even though you are a valuable member of the team (Allison Cheney), just sitting there letting people be smarter than you in everything while she holds secret-undeveloped-intelligence that is unmatured because "she doesn't want to upset the team by showing them how smart she really is". All of these Jacksonville personnel, BY NOT DOING THEIR JOBS, are just as and even more so guilty than the director because they are

"boots on the ground". You all know better. You are all greatly informed by first-hand-witness-experiences the effort required perpetuated by the plaintiff, that is necessary to "clean up a network" and you sat-back in your chairs and clapped for every detection while admonishing him with animus through and through every work-day of his life and when he was gone, YOU BEGGED for him to return TO SAVE YOU FROM THE DIRECTOR AND HIS FURY. How quaint......you fuckers are stupid and moronic and the plaintiff hates you

5. Human Resources and upper-management and c-level personnel are all as guilty as every one of these subordinate-peon members of the Cyber Threat Operations staff. Human Resources enacted a cover-up while still disabling the plaintiff from attaining sustainable employment opportunities. The plaintiff is too qualified to be without work. Human Resource is utilizing some German Government association of forces and technology to keep the plaintiff severely-unemployed and the court is requested to order Deutsche Bank to provide immediate financial relief in the sum of $2,000,000 just for the plaintiff to acquire appropriate legal-consul instead of representing himself, which he does not desire to do, but will do, since he is excellent at forming legal argument and conjecture. This is an immediate-relief request and is exclusive to the total summary judgement request for punitive and exemplary damage award requested on the "Letter to Deutsche Bank Executives" brief

Turner - "Pro Se" - Complaint
8 Or ard Lane
ter , GA 31028
54)6 2616
mer @GMail.com

S. Di ict Court
rk's ffice
5 Fl erry Street, Suit 216
8) 2-3497

P a g e  31 | 55

## Title Violation: CFAA - Threating to Damage a Computer 1030(a)(7)

1. The director threated upper-management personnel including the former COO Kim Hammonds on numerous occasions to "keep the network dirty so we can get on the news SINCE YOU FAGGOT-ASSHOLES WON'T GIVE ME MONEY". These threats are frequent and randomly-occurring. Human Resources will have to produce their documentation and surveillance-packet of the director and his foibles so that the court can understand the extent of these terroristic threats, which are completely prosecutable under the Military Commissions Act HR. 6166 and The US Patriot Act HR. 3162

2. The director threatened upper-management in the following way "You fuckers don't approve Turner's Budget and I will tell him to find something and leak it to me personally AND I have a contact at MSNBC who is waiting to run another story on you, France cooked up that Xindi Botnet story on you AS A TEST, to see what the news would do AND YOU SEE, If Turner didn't fight those guys off and make them look stupid on the phone, WE WOULD HAVE BEEN ON THE NEWS FOR MONTHS instead of two weeks, DON'T QUESTION'S TURNER'S ABILITIES, I know he's black, BUT, he knows how to talk to white people WHICH IS WHY I DON'T LET HIM IN THESE MEETINGS!!!"

3. The director threatened upper-management in the following way "I don't want to have to do this, but we need RSA Netwitness to find the rest of the damage on the network. I mean, we need Splunk upgraded first as Turner said but, we need packet-examination technology through and through. Without it, Turner can't find all the bad that the attackers are doing. I'm not threatening to take Turner off the case that he is working on NOW, we already have the Russian thing cleaned up THANKS TO HIM, but each of those ten other countries you identified on your "secret agenda" that you don't want the news to find out about, TURNER might not……..clean those up, see? He might not………um……HE MIGHT just work from home like drew or bobby and not actually work, BUT TURNER WORKS FROM HOME AND THAT'S WHY I APPROVED THE ORDER FOR HIM TO WFH, he works more than a Chinese citizen, you just, let him work from home and then he'll keep on doing your work, but you approve the $20 Million and Turner will tell him how to limit my kickbacks so that I don't piss you off and DEAL? Are we good? Deal? (hangs up)

4. The direct threatened upper-management in the following way "Scott and Bobby are losers, I know. That's why I don't have them in the management or SOC regular meetings, OR EITHER OF THOSE MEETINGS, sorry….I'm high….heroine, not overdosed just….um, WELL, DO

YOU WANT SCOTT AND BOBBY TURNING OFF MORE MACHINES? I TOLD THEM TO TURN OFF THOSE TWO NETWORKS because I knew what would happen (one in Dubai and the other in Pakistan) and well, you really don't want those fuckers with more power, THOSE FUCKERS ARE RESTLESS, but they listen to Turner all the way through. SO, if you don't let me do an increased kickback AGAINST TURNER'S RECOMMENDATION, then, we'll just have to give scott and bobby more responsibilities (chuckles like Al Capone) hahaha, you guys just think about it, and make someone call me, just don't make me receive an email about this, I don't want a track-record of it, do you guys record calls or not? (The call was remotely hung-up…….that's the answer on that)".

The director storms out of his off to find the plaintiff working with Drew and Shinetta on a new presentation for the recue-operation of the Cyber Threat Intelligence department, of which was mentioned earlier that the plaintiff was ordered to do. The director says "Turner? I need you to enact-powers and scare uppermanagement INTO WELL? UM, show them something hostile and then, pretend that you aren't going to clean it up….. (walks away)". The plaintiff stunned along with the witnesses. Shinetta says "is that powder on his nose?". The plaintiff says "Well, I don't think he was baking a cake". Tennille says "and it definitely wasn't brownies or drew's ass". Drew says "Why do adults ALWAYS HAVE TO TALK ABOVE MY HEAD and you know, NO, I lick his ass………shit…….what the fuck!!! (storms off to see for himself AND GETS PUNCHED IN THE FACE and with the plaintiff's permission, drew goes home for a few days). (Drew didn't watch ALL of Breaking Bad, he didn't know how to disturb Tuco Salamanca when he's having a moment with God and the white-stuff on the table)

5.  The director threatened upper-management in the following way "Turner is working on a new Cyber Threat Intelligence venture that I want you fuckers to fund (high, on another day). Just be sure, THAT FUCKER, MY BLACK ASSASSIN….you know, the CIA has footage of him at three-years-old killing mass-murderers IN mass-murder, DO YOU KNOW THIS FUCKER IS REAL? THAT'S WHY I STOPPED RAPING DREW. THIS FUCKER KILLED ROBOTS YOU FUCK, CHINESE ROBOT SENTINEL ROBOT ASSASSINS AT THREE YEARS OLD LIKE WOLVERINE IN X-MEN…..WITH HIS BARE FUCKING HANDS, THAT'S WHY HE DOESN'T HAVE BLACK-MANNERISMS LIKE A JIGABOO….this fucker is so legit THAT HE KNOWS, HE KNOWS WHAT HE CAN DO TO YOU……..oh right, Thanks, um, the budget…..wait no no no no no, you approved that already, RSA Newitness, NO DAMMIT, I told you Turner said SAMLL KICKBACK….you want in? NO, I fucking….oh, right MORE KICKBACKS? YES, TURNER SAID FOUR COMPANIES OF TECHNOLOGY FOR CYBER THREAT INTELLIGENCE……..

So, um, RIGHT, four companies, oh shit, THAT NIGGA IS SMART…sorry germans I know he's your boy AND HE FUCKING PROTECTS TENNILLE WHICH IS WHY SHE SITS BEHIND HIM LIKE A

[COMPLAINT FOR EMPLOYMENT DISCRIMINATION: APPENDIX-D: SECTION III: STATEMENT OF CLAIM: QUESTION-E "FACTS OF MY CASE" SUPPLEMENT]

WHORE....you know, Tennille and these girls play with their pussies to piss him off AS IF HE'S A FUCKING RAPIST, you know, I hired that black bitch from china...guys, you don't read resumes do you, HER RESUME SAYS.........CHURCH YOU ASSHOLES AND THEN, college and then fucking some stupid shit that's a lie and then NASA and the bitch can't even make a professional document LIKE TURNER SAID and then NASA ARE YOU SERIOUS? Bitch, you a robot,.....hahahahahahaha (laughter on the other side of the phone as well, because they didn't know) and well???? THIS BITCH SHOT A HOLE IN MY WALL WITH A LASER-PISTOL THAT I DIDN'T SEE (someone in the background, was showed a video of that and throws up in the background) well,

I just, well, I mean, Turner said five companies, DREW (throws something) HOW IN THE FUCK DOES TURNER KNOW HOW TO MAKE THESE FUCKERS SPEND MONEY??? You know, I'm going to fire Turner, JUST TO SHIT ON THE NETWORK, you know this fucker is good. TURNER SAID..........he is performing at FIVE-PERCENT OF HIS MAXIMUM ABILITY, FUCKER IS THAT GOKU OR WHAT? FIVE-PERCENT, that fucker knows math too, he does square-roots in his head and everything (true) and SO, THAT FUCKER HAS CALCULATED YOUR PAIN THRESHOLD like I calculate the pain-threshold when I rape someone like drew or tammy......WAIT.....(kicks his phone) WHO THE FUCK IS..........oh right, thanks, Allison, RIGHT, and that's why I got a hit-team on Lin Liu RIGHT NOW, and that's why, when I do, Turner will drive down here OR WALK that fucker will walk to kill me, HE CANNOT SEE VIOLENCE occur to an innocent person OR EVEN A FAGGOT LIKE DREW OR JACK, but Turner,......don't....like.....jack.............must be extra-gay or something

(This is when he comes out of the conference room and asks me, TURNER!!! IS JACK CHINESE? SOMEONE ON THE PHONE THINKS THAT THEY HAVE CHINESE-AMERICA SPIES? DOESN'T THIS FUCKER COME FROM IRELAND OR SOMETHING???. I say, "that's how they do it"......he makes the whitest face that I have ever seen, and runs back in there) So, Like I'm sayin, I WILL FIRE MY BLACK FUCKING ASSASSIN JUST TO PISS OFF YOUR NETWORK, what? NO BUDGET FOR CTI? ARE YOU FUCKING SERIOUS? SHIT, china is in my head saying that I went too far naming one of their own....um....okay guys, you win today (hangs up)

...nce Turner - "Pro Se"  Complaint
8 Or...ard Lane
...fer... ...y, GA 31028
...4)6... 2616
...er...@GMail.com

...S. D...ict Court
...rk's ...ice
...5 M... ...rry Street, Suit 216 ·
...8) ... ...3497

Page 34 | 55

## Title Violation: CFAA - Attempt and Conspiracy 1030(b)

1. The director conspired with other workers to defraud the plaintiff out of more accomplishments and more achievements. The plaintiff could only clean up the most minimal amount of "new-infections", "new nation-state hacker attacks" and NOTHING of the old attacks. One of the plaintiff's work proposals for Drew and Jack to learn analysis was to recurse the network, using only the most recent 30 Days of activity so that we would have a revolving open-window into what has happened retroactively. The director killed that project but told Drew and Jack "if you really want to work on it, then you'll have to ask me twice". They didn't ask

2. Several of the workers in the Cyber Threat Intelligence department sabotaged a technology-advancement strategy opportunity created by the plaintiff by doing the following. The plaintiff created the opportunity for the CTI group to acquire four-new-technology-services, of which would augment their ability to respond to security incidents and actually perform the service that was promised to upper-management and the board of directors a year prior. One of the workers in CTI named Marco conspired with a Jacksonville worker to "flood the list of technology requirements" to stall and delay purchasing of these new technologies WHILE attempting to steer the group into selecting random-bullshit-technologies so that "we don't get in trouble with the director like Turner and Drew are, always in meetings explaining things about finds and risk". The list of five technologies of which four the plaintiff deemed mandatory grew to a list of TWENTY-FOUR

3. The director instructed the Security Operations Center team to "not receive instructions or training from Drew or Turner, because they are up to something, THIS IS IN EFFECT FOR EVER, I don't want you guys having careers-somewhere-else like Turner promised, ARE YOUR NEW MANAGERS GOING TO PAY YOU LIKE I PAY YOU?????? I DON'T THINK SO (walks away)". These workers agreed with the direction that was set by the director and performed their duties incompetently to commensurate that direction

4. The director conspired with Drew and other workers from the Security Operations Center to plagiarize CyberReveal and all of its use-cases that we have in this document. The plaintiff was presented with this opportunity to fix their shoddy-incompetent-ineffective work but denied working along with their efforts and intentions. There were several, distinct and separate, conversations where Drew propositioned the plaintiff to "help him complete the director's task so I can be done with it and work on something else". The plaintiff always refused and provided Drew with better things to do with his time. The CyberReveal project was killed by the plaintiff's stellar-cyber-security-detection performance in identifying

rance Turner - "Pro Se
8 Or   ad Lane
nte    e, GA 31028
54)6   2616
men   eGMail.com

S. D    ct Court
rk's   fice
5 Ne   ury Street, Suite
78) 4  3497

nation state sponsored hack-attacks that were being missed in identification by the multi-million-dollar installations of intrusion detection systems and missed by the security operations center TEAMS AND DEPARTMENTS ACROSS FOUR REGIONS AND FOUR SEPARATE COUNTRIES, IN EXCESS OF 100 PERSONNEL

rando Turner - "Pro Se" - Complaint
18 Or ard Lane
nter e, GA 31028
54)6 2616
umer FGMail.com

S. D ict Court
rk's fice
5 Me ury Street, Suit 216
78) 2 -3497

P a g e 36 | 55

## Title Violation: 18 U.S. Code § 1001.Statements or entries generally

1. Over a series of months and years, the director of cyber threat operations over-stated the value of the teams working under his management auspices. He stated that they were performing the best and brightest state of the art and state of the industry detection strategies. The plaintiff has proved that these statements are false and erroneous and "this nigga needs to go to jail for this shit because these fuckheads really don't know what they are doing at all"

2. The director perpetually promised reward and merit-bonuses to Tennille and others for "getting him dirty on the clock with your pussies" but the director ran out of money. This angered the workers and influenced these workers to perform under the cognizance of shifting-loyalties and often informed the plaintiff of many-things that are not in this document but are in other documents that can be forwarded over if the court deems such information desired

3. The director generally lies about his own acumen and his own abilities. Only the plaintiff can slay this man on the stand. This director is a clever-liar as all abusers are. Only the plaintiff has the communication knowledge and ability to walk the director into communication traps that he sets for himself, that other professional members of the world cannot seem to understand how to do

4. The director lies about the abilities and competency of other workers. All of these lies made any career at Deutsche Bank impossible for the plaintiff and this has caused immense psychological torment because this situation was so ripe with promise. "There aren't many white companies in the world that you can work for, where you can actually get in there and do a lot of work. Many companies have all of the roles specialized-out or rather, just provisioned in such a way that, "all of the good work is done, and you need to carry-water for someone to make it", This was the only company where I could get in and "build something". ALL of the other banks have cyber in some way. This was the only bank left that according to RSA, didn't have their Netwitness, Enterprise Network Packet Capture product and that excited me. All I had to do was get a few detections under my belt to build some political currency AND THEN just march it forward one detection at a time, but one racist fucker controlling a bunch of minions kinda kills that. I could fight him off all day long, but the minions WITH the manager......that's too much for anyone. You're going to fight somebody. You are going to. THERE IS NO WAY AROUND IT....either that, rape, OR......they

make you gay. SO, I slept with a bitch, some bitch that I didn't like just so they couldn't make me gay. BUT there are men IN THERE that wanted to gay-up AND I AM NOT LIKE THAT, I owe some fuckers some violence over that shit. THAT SHIT IS HOSTILE.......do you know....how much gangbang porn you have to watch just to purge that gay-energy out of your system? I WAS FAPPING OFF FOR TWO YEARS after leaving that place to all of my precious porn-starlets just getting all of that icky-gay-stuff out of me. TWO YEARS.......knock on wood.....I love porn. I love America

5. The plaintiff found himself in a sexual relationship with a black worker referred to in many of his writings about racism and employment as "worker-x". This is a worker that gets the whole building sick with their presence by breathing death on you. This worker did not tell the truth about her illness. She thinks that walking around in the office and in public WITH FULL-BLOWN-PERSISTENT-INCURABLE-WALKING-PNEUMONIA IS PERFECTLY FUCKING FINE because "well I don't see people coming down with symptoms or staying home. My doctor told me, stay home if you see three people stay at home, and generally here, it's like two at a time or one at a time".

This bitch GOT THE WHOLE FUCKING BUILDING SICK on top of ALL OF THE SHIT that was coming out of the vents. There is some black-shit fine-particulate-substance THAT I was wiping off of my desk and everything EVERY DAY OF THE WEEK. Drew ate it one time as a test and he got sick for three days. It wasn't much. He rolled some of that black-soot something into a small ball, like a small-bearing-ball and ate it, being a fucking idiot-child AND THEN he was so sick instantly that he went home. There is some poisonous-asbestos-something that's burned and aerosolized INTO the atmosphere and it gets INTO and ONTO your clothes and all of your belongings

This gave the plaintiff bone-cancer, kidney inflammation, spinal-inflammation and it has taken the plaintiff years to recover. The plaintiff devised special protocols that the FDA doesn't know about using off-the-shelf nutritional supplements, only the finest in the market and extreme-hygiene protocols that cannot be duplicated in a hospital because "hospitals have too many sick people in them for you to get well". You basically have to rebuild all of your organs from scratch WITHOUT inflaming your condition with any inflammation-triggers, environmental-hazards, environmental-contaminants, environmental-allergens, without food-allergy inflamations....lots of things.

rand  Turner - "Pro Se"  Complaint
8 Or  ard Lane
nier   , GA 31028
v06   2616
me   @Gmail.com

5. D  rict Court
rk's  ice
5 Hu erry Street, Suit 216
78) A  3497

This bitch didn't tell me that she was sick until in the middle of the night, while I was wondering why my energy was "off" (I was on a protocol designed by myself to kill anything that causes a respiratory-infection anyway just in case something like this would happen. I can send the slides if you request them but I cannot publish due to the FDA sending an

agent to me in the past telling never to publish. I met this guy in 2010. The government knows when you are working on anything). She sends me an email in the middle of the night stating that someone with an M16 is in her apartment, just appeared out of nowhere, says that she's an alien from space, the space government and told her, under the penalty of death, to tell me the truth about her.

In this email, this bitch tells me that she has walking-pneumonia for most of her life. She calls it "non-contagious-bronchitis". I lost my shit. I almost threatened her life which I may have because she was threatening my life with her actions. We slept together twice in my apartment. I didn't know the asshole was sick. That obviously wouldn't have happened at all if I knew she had some infestation in her lungs and esophageal track and her endocrine and reproductive system. Germs like that ARE IN YOUR BLOOD AND BODILY FLUIDS. They get on everything and even in your sweat and pores.

I slept with her and we did almost everything except for anal and she kept promising me privately AND AT WORK to "suck my dick any time that you like" to the extent that HUMAN RESOURCES called her on the phone immediately after I reprimanded her to "follow your rule, you didn't want ANY PRIVATE FUCKING CONVERSATION about us at work SO FOLLOW YOUR RULE". Human Resources PHONED HER that day within two minutes of my about to jump in her shit physically to her face and told her to go home and work from home until "I"....not the director.....allowed her to go back to work.

Being the good-citizen that I am, I brought her a box of my own supplements, practically $500 worth of my precious fucking shit, basically divided my own goods in half and told her "cure yourself with the information that I already sent you about how to take this stuff IN ORDER OR I WILL FUCKING KILL YOU". She got the director sick. Shinetta had her tonsils taken out because of her. Bobby was sick FOR FOUR MONTHS off and on. I'm sure Scott lost his concentration with germs on the brain, causing him to wreck his bike and literally almost lost his life, because you can't do eye-hand-coordination in the heat and under pressure when you have these germs in your system all up your spine and in your neurons.

Cytokines particularly interfere with neuro-synaptic responses and the ability for cells to signal to tissues, and the brainstem can't carry the same electrical charge to the whole nervous system, so some nerves over-fire trying to get the signaling that they need to do something like "MOVE YOUR ARM NOW, MOVE IT NOW" and then your other fucking arm moves instead. AND THEN your eyes look in the wrong direction and next thing you know, your foot accidentally did something. WELL that's what happens when you have germs flooding your system and your spleen can't make anymore white blood cells to stop the infection and then you run out of white blood cells because they die AND you don't have

enough vitamin D in your system to signal the telomeres to fight the germs and then your white blood cells sit there, immature and inactive, sitting there just sitting there, just....and then you get hot and you fall over

You lay in bed and you can't get up. Your spinal system fills with this shit from these germs and you body can't clear it out. My protocol is the only thing that works. This is why all of these people have weird mutated skulls now. Even drew. I looked him up on facebook recently that fucker's skull looks like it's got water-retention and swelling-of-the-meninges in weird and bad and fucked up ways. I can't save everyone. It's too much damage. Once your endothelial tissues and meninges and bones "go" as in, you lose too much of the infrastructure and architecture structural integrity from organs and supportive tissues like cardiac-tissue not even God can save you

So, this bitch needs to be quarantined under order of court to the CDC in some biohazard clinic and studied for the coronavirus. She has been implanted with something from china and it might be a precursor to the corona-virus.

I was told to type that, but do not let this bitch in court. Do not arrest her. Do not approach. She is going to get you sick

rance Turner - "Pro Se" - Complaint
'8 Orchard Lane
nterpie, GA 31028
5496. 26th
nner GMail.com

5. District Court
ark's ffice
'5 Mulberry Street, Suit 216
78) 2 3497

## Title Violation: 18 U.S. Code § 1037.Fraud and related activity in connection with electronic mail

1. The director copied and pasted several composition-documents from the plaintiff and used them to represent his-own (not the plaintiff's) prowess and intellectual capacity and intellectual superiority. The director never properly credits the plaintiff for anything that he has done

2. The director provides a cover-story for a trip to Singapore in the following way "I'm going to discuss with our Singapore partners how to fully-actualize the SOC. The result of this trip and visit was another meeting. China, The Chinese Government, taught the Singapore SOC "how to argue against SOC escalation cases". This brought the Singapore SOC into wars-of-aggression with the American SOC because the results of my "insider-attack" investigations led to many Singapore-specific personnel into being instantly fired by the Human Resources in Germany and NOT the Human Resources in America (who process most of my insider-threat investigations). I detect one of these operatives.

   He sends "UP" 8 GIGABYTES of Deutsche Bank information to his personally owned web-domain site, on the internet, which is named "FirstNameMiddleNameLastName.com". This is an obvious "OPEN AND SHUT CASE WATSON". However, this case LASTED ONE ENTIRE MONTH with scores of emails flying back and forth from the US to Germany to Canada to Australia ALL WONDERING "why have we not fired this guy YET, AND, WHAT DOES MR TURNER HAVE TO SAY ABOUT ALL OF THIS?".

   I'm sorry. I don't run this fucking bank. HOWEVER for some fucking reason, THIS CASE WAS ENTIRELY IN MY HANDS...

3. The director of my division receives an email from A DIRECTOR WHO OWNS THIS PERSON (an American compromised-terrorist) WHO BLASPHEMES ME IN A FUCKING EMAIL TO HIS PERSONAL VP (second in command) AND TEAM ALLEGING "Oh, those guys in CTA again, just had some noisey-alert and you know, we just need to lean on them in a certain way to close this case). FUCK YOU ASSHOLE. TURNER DOES NOT BEND. HE DOES NOT BREAK. I need the secret-service to arrest this one. This is another terrorist within the bank.

   My director doesn't know how to respond to this director about the case, because my director isn't technical and doesn't understand technology. SO, my director emails upper management to get involved to lean on this other-director FOR HIM or else "he was going

Frank Turner - "Pro Se" Complaint
8 Orchard Lane
Atlanta, GA 31028
(54)6__ 2616
fm__8@Mail.com

5. District Court
rk's Office
5 Mulberry Street, Suit 219
(8) __2-3492

to fire me, to piss them off and start that war that he alleged would happen long ago"

4.  In this same case, CHINA influenced Georgin Lau to ask me this question on one of our nightly special phone calls, where I instruct her in the ways of American-Analysis....hee hee.....she says "Turner, um....operatives (cough,cough,obvious-third-cough) I mean, WORKERS DAMMIT....hahaha being American today, seem to think that you are *TARGETING* a whole country or something? Turner? Do you have the power to get Singapore fired?".

I say "My darling do you mean all of Singapore? I met your boss and she's a nice lady". This woman gets mad at me, which I can feel in my aura, kicks something in her own little-singapore-apartment and says "TURNER YOU ASSHOLE, THAT WAS FUCKING CHINA YOU MORON, she thinks you're funny". I say "oh, she's a nice lady, my declaration still stands". She says "You don't know any dragons do you (this is spy-op code for something that's in another book)". I say "Only Lin Liu". She says "Okay just checking, making sure it was you. You know our government, China, has to power to swap people out all-of-sudden, like one of yours, SHE'S NOT REAL DON'T TOUCH HER, DON'T BE LIKE DREW AND THE OTHERS, she's a robot, she'll infect you with something AND LIKE MANY OF THE FAHLUNGONG THEY CANNOT COME BACK".

I say "Nanos". She drops the phone and screams. She says "TURNER ARE YOU ONE OF THEM, ONLY SPY-OPERATIVES KNOWS HOW THAT WORKS". I say "No, I still have my internal organs and as you can feel, I have love in me". She says "I know, I know, we have or forbidden (love, she shortens it to just *forbidden* because she's a romantic) but, I, I just, I don't know, HOW CAN YOU BE AROUND HER AND NOT BE TURNED". I say "Well, I think I have some extra-electricity in my energy field. You know, some people think that I disappear and turn invisible". She says "Oh, you have dragon powers or something". The point of this story is, there is spy-shit going on in this bank and frankly Alex Jones has more information on this than I do. He was sent documents right-after 9/11 about THIS WHOLE FUCKING SITUATION BACK IN THE PAST, some alien-race or just the CIA fucking around with technology, being cool and assholes, SENT HIM INFORMATION ABOUT THIS BANK IN THE FUTURE BEING INVOLVED IN A GLOBAL-COVER-UP TO DEFRAUD A SINGLE BLACK-AMERICAN WORKER who somehow has connections to the illuminati and loves spain

Well, the point is, I have been involved in some shit and when I heard him say all of that years ago on-air, my dumb ass chuckled "hahahahah Alex Jones been sippin a little too much of the kool-aid hahahahaha stupid white man (eating my bowl of Pho and thinking of that Vietnamese princess WHO THE VERY NEXT WEEK, Alex Jones says "he walks into an abandoned building next to a Publix in Tampa, FL and comes out in china and then back to work in America". DO YOU KNOW, ........if you can feel the dumb-look on my face

sand Turner - "Pro Se" - Complaint
8 Orchard Lane
nter e, GA 31028
54)6  2616
mer GMail.com

5. Di ct Court
rk's ffice
5 M erry Street, Suit 216
8) 3497

Page 42 | 55

like "hahahahahaha…………………………_____".

There. That's how dumb I feel. DUMB, I SO DUMB, I SO AMERICAN hahahaah "I do computers, I so dumb, hahaahahah". Singapore WAGED-WAR to save this one completely fucking convicted murderer of digital-things IN EMAIL and many Americans became upset and were looking at me like "Dude? Can you explain this? WE fired many people over "5 Megabytes in personal Email and this fucker went nazi-ham and UPLOADED 8 GIGABYTES ON A FRIDAY….ON A FRIDAY like hahahahaha time for weekened, TIME TO LEAK SOME SHIT TO CHINA!!!!". No I can't explain it. HOWEVER, I WAS ON MY DAY OFF IN MY UNDERWEAR THINKING "hahahahah time to watch some fucking porn bitch, JESSIE ROGERS HERE I COME!!!". Nope. Nope. My dumbass logs into work and saw someone leaking information to HIS PERSONALLY OWNED WEB DOMAIN, and well…………..I didn't get back to Jessie until two months later, God had other plans apparently. Jessie if you ever come to read this. I don't care how many gangbangs you been in. I will love you eternally forever.

5.  The director pretends to be a good manager but does not task his subordinates through email or the written form. In fact, he uses email FOR NOTHING. He does not like to personally email you because "that's a papertrail hahahah and I know how to avoid that which is why I have most of you in this office". However, he strategically uses email to lie. He will send an email and follow up with some incongruent message using IM Office Chat or personal visitation, auditory language. From a career perspective, you are totally defrauded out of everything that you could be come or accomplish. You cannot grow. You cannot become a real person.

    You are an imp. You are a slave. God help these young millennials like Allison and these old-fuckers like Tennille who are having their own personal hell just trying to make it WITH NO ONE LISTENING TO THEIR PAIN OR TRAUMA. You can't grow a career in this shit. The government NEEDS TO take over not only the whole entire employment sector BUT takeover ALL OF THE DAMN CYBERS.

    George Bush, who I swore to God that I was going to hate for all of my life, actually did the write thing with all of those seemingly-tyrannical Executive Orders and things that we don't know about with FEMA and DHS and CYBERCOMMAND. We need the government to just take over everything IMMEDIATELY so that we can fix it. Good people can't get jobs. Drew is going to lie to you and tell you that "the director didn't mean what he said in email but he just wanted me to let you know personally what the real situation was in that".

    In this same case, my director emails me to tell me to email the other director and explain to him why this guy that you caught is guilty. SOoooooooooooooo…..I'm dumb, but I'm careful

anc  Turner - "Pro Se" - Complaint
8 Or  ard Lane
nter  e, GA 31028
9 6   2616
mer  @GMail.com

S. Di  ict Court
rk's  ice
5 Mu  rry Street, Suit 216
78)   -3497

and clever. Racists and Incompetents have the mind of a black woman. I have had many aunts and many practice-scenarios to deal with this mentality. I draft my email in full and double-check it twice. That is two rounds of TWO CHECKS......I perform the initial drafting and check it twice, wait two hours, go fap-off in my car or something, come back, and then check it twice again, and I even let shinetta read it and that's when she fapped-off in the chair next to me and let me feel the damp spot in the chair and I smelled it.

So, this man directed me to appropriately respond to this problem of this convicted-person, another case where my evidence-collection methodology of "The C8 Model" reigns supreme in defeating scrutiny before scrutiny is asked or arises..........I print my email on-paper and do not email to my director, because that fucker is as tricky as a black woman playing cards. I sit in his presence and hand it to him. The first thing that he says is "Has drew seen this? I know that I sent the email, um, but, um, ......can you fix this or not?".

I say "of course, I can fix the perception of that screwy-director with this one email and NO phone-calls at all. I know that you don't want me on the phone with him, THAT ASSHOLE INSULTED YOU.........*SIR!!*" Seriously with white-men I often have to pretend to be a dumb-blonde woman. This "cover" keeps you out of trouble and keeps you from scrutiny in so many ways you just don't know. When in doubt, go blonde.

He says "WELL I KNOW you got my back, come on, you're my favorite blackie and this guy, he's a real douche, but, man, I mean, you lit this fucker up with this one email, DID YOU SEND THIS? That fucker might call in a second". I say "no no, sir, I need your ultimate approval (Frank Underwood)". He says "oh well, well, you know, you always know how to flatter a girl, WELL, I will just....um, send this shit and light this fucker on fire but....are you sure? We can't make this go away?".

Okay, NOW I PISSED......I say "Sir, you are the director of Cyber Threat Operations, if you need to contact a member of upper-management to coordinate something, *I am not going to stand in your way*.". He says "WELL I KNOW THAT, you's my dawg, I mean, (we fist-bump), I GOT YOU, and you just doin your work that I OBVIOUSLY asked of you, so.....so.....I mean, OKAY, WHAT IF............(he closes the door, where Tennille was waiting and listening) HOW ABOUT....You get on the phone with upper-management and explain to them that THEY NEED TO LET THIS GUUUUYYYYYYY GOOOOOOOOOOOOOOOOOOOOO????".

...and...urner · "Pro Se" · Complaint
3 Or...ard Lane
...te...e, GA 31028
...4)6...-2616
...ter...PGMail.com

...Di...ict Court
...rk's...fice
...Mu...erry Street, Suit 216
...8) 7...2-3497

This is how he and I talk. It's that president from house of cards with frank underwood. I hate this fucker but he thinks that I love him so much. I say "Sir, I believe, that the business-process itself, allows BOTH OF US, an "out" in this situation". He sits back in his chair and punches the air and says "you my nigga". I say "SIR, the business process is a little

something like um, checks and balances, his director doesn't want to fire him, that's fine. HIS DIRECTOR HAS THE ULTIMATE APPROVAL and this way, you don't piss off upper-management by YOU getting in the way of anything, SO, if upper-management has "carefully slid away from the table". Then you just take your hand away as well...........you know, this will build political capital for you in this, SEE? If you look at it this way, GERMANY IS TELLING YOU WHAT TO DO".

He says "OH GERMANY WANTS TO FIRE THIS DIRECTOR OR GET SOMETHING ON HIM????". I say "well, checks and balances....so, the BISO of that Division has to "make a recommendation", now, I can't take credit for this, Drew explained this to me earlier (who was tipped by HR in Germany) and we agree that the text of the business documentation is clear. It is the BISO's responsibility and some adjudication-council of persons, AND NOT YOUR RESPONSIBILITY, so, my recommendation to you is............if Germany is softly....ah hem....not-saying....that, basically let THEIR BISO and THEIR DIRECTOR do whatever it is that they are going to do or want to do......just like that".

He says "get out of here you legal-animal, you fucking black power motherfucker". I walk away in pride. When you please your favorite-loving-racist, it kinda gets to you. You get a single tear in your eye. It makes you think "GOD HOW IN THE HELL DO I DO THIS, I need to get the fuck out of here and punch something". Ultimately the BISO made the recommendation to fire the worker and that-other-director overruled the decision and decided to retain the worker. There are spies in our banks and these fuckers are JP Morgan Chase, Wells Fargo and all of the other places have teams just-as incompetent as this cyber-team but these other teams, don't have someone like me on their boxes. We are in red-level, red-alert status globally and the government needs to take over ALL of the computers and take over ALL of the networks and kick all of the Indians out of this country with ALL of their sham Indian companies that are ruining USPS's network and other networks like Staples, Target, Citibank, CapitolOne, American Express, VISA, MasterCard..............many other places where I interviewed and these guys don't even know how to monitor the network to get close to just one of these exfiltration attacks.

I guarantee you, that many of these exfiltrations that are alleged to be some targeting-nation-state-hacker group like Equifax and Target, are not damn fucking nation states. It's a fucking employee and then the company "cooks the logs" or has some management consulting group like Deloitte or KPMG or CrowdStrike "cook the logs" so that it looks like it came from Russia like that "DNC Hack". There are human operatives that just connect to the internet, zip some files together, and send the data out.

Your people don't know how to do this work

## Title Violation: 18 U.S. Code § 1038.False information and hoaxes

1. After this case, the Singapore SOC at the behest and request of the director (due to his mind control from china) enacts a rule of evidence-submission-but-not-evidence-collection-requirements IMPOSED UPON ALL SOCs within Deutsche Bank and all security personnel. They singularly became the ruling-authority on all SECURITY OPERATIONS cases regardless of it being initiated by an American Department or not. This completely turns all of security at Deutsche Bank into a hoax.
   a. If they don't like your evidence, they will make-up a rule to challenge it and defeat you in conversation because ALL SOCs HAVE INCOMPENT PERSONNEL and don't know the technicalities of evidence
   b. If there is a tiny-error, as per their mandates (as conveyed by their email that performed this notification) THE WHOLE ENTIRE CASE can be thrown out AND you can be investigated personally by Human Resources and anything "that is of a similar case profile" can be subject to bar and removal from your personal work-queue absent your manager
   c. If you are found investigating a person, regardless of the incipience of the cause for the investigation, you must stop, go back and look at something else, there is no more "investigating insiders" at Deutsche Bank due to this rule AND because of all of the director's sabotages and espionage attacks against the plaintiff's work destroying his ability to augment the workers' knowledge and the workers' intelligence, no one is going to fucking find an insider anyway
   d. If you do not re-submit your evidence-submission within a timely fashion within the evidence-submission re-requirements as per whatever-is-stipulated-to-you-in-a-phone-call or a meeting or even an IM Office Chat message, the Chinese government can personally investigate you absent Deutsche Bank rules (this too is included in this same email that went to the whole SOC and the director and ALL CTO teams and even Germany)
   e. If you even think, LITERALLY "have thoughts in your head but do not say, like Georgin Lau thinking that she is going to support Turner but his thoughts tell her no don't do that", your thoughts will be examined for treason. WE are china do not think that we do not have the power to do this. Ask Turner, he knows and the director (this too was included in the fucking email)

rance Turner - "Pro Se" - Complaint
8 Orchard Lane
nterse, GA 31028
54)6   2616
rner  @GMail.com

5. District Court
rk's  ffice
5 Ploerty Street, Suit 2
8) 7  -3497

2. Other organizations have these type of threat-actor operations going on within their walls. Other organizations have human-operatives that are organizing all services to be run into

the fucking ground and beyond at the control of china, because they are trying to destroy this country without firing a single shot and the impeachment was a clear indication of their power and tenacity and willingness to act upon our country. Security at Deutsche Bank is now a hoax, an orchestration of frauds that do not amount to anything credible. However, if you do not know security, then there is no way that you can challenge the security presented to you. Deutsche Bank needs to be invaded by the US military and all intelligence and all operational agencies for being under control of china and since Germany can do nothing about it since they are a small country

3. Another Grand Hoax is the "Service Level Agreement" (SLA) Hoax when performed in the performance of security services. This is an arbitrary timer that is designed to make you and your staff look cool while the customer is watching. SLA mandates time allotments per severity of a SOC case in security. ALL of the Managed Service Security Providers use SLA confinements in the processing of cases. As a customer you are going to believe that your MSSP or your internal SOC (like at Anthem, Wells Fargo, Sun Trust, BCBS, American Express) is providing you GREATER QUALITY OF SERVICE because of SLA.

SLA mandates that higher-severity cases that shorter-times are required for processing the case. Routinely customers who are "on the other side of the phone" will "beat on their provider" and their henchies and peons and subordinates asking many-vulgar and rude questions as to why you are not meeting SLA on this incident or this ticket AS insult to whatever work that they might be performing...........but you don't really know. It's confusing.

For example, the routine allotment for minor cases in security is between two to four hours for a lesser severity security alert. You receive hundreds to THOUSANDS alerts a day. If it is of a greater severity alert/incident/ticket then that timer is adjusted to one to two hours. In the highest severity cases, generally ALL MSSP and SOC providers will stipulate that they will perform service within ONE HOUR.

How long does it take to run an investigation? WELL, when I am pushing it to the limit "just trying to get a case in before the end of the business day" for a zero-day cryptoransomeware-attack, generally I need eight hours for myself to investigate as thoroughly as possible before the day ends, review the evidence FOUR TIMES to my standard of a multi-phases, multi-layered review, package it, discuss it with drew to teach him something, show it to jack to make sure he's included on something, brief shinetta in case anyone calls her, print it out for a sanity check for myself, call the director just to let him know that a fire is happening, AND THEN send off the case to the SOC where they will repeat this same "review, review, review while processing" cycle FOR HOURS and perhaps

TWO DAYS for a single case, working with the users and the business-units and the managers who think that one of their employees is going to get fired. To inform and educate human resources as to what's happening. IT TAKES FOUR DAYS OR FIVE DAYS FOR A SINGLE CASE. SO HOW IS your MSSP like CISCO MSSP SOC going to provide to you a ONE HOUR SLA on a damn cyrptoransom-phishing case? They can't.

I interviewed with the man that runs that Customer MSSP SOC (70+ customers) RTP, NC.....TWICE......within three months, I had two separate final-round interviews with an equally racist but friendly man, (because he needed advice) and this man told me that he has "everyone from TIER III to TIER I analysts copying and pasting the wrong information into tickets and he doesn't know how to stop it". His SLA for the same cryptoransom-phishing alert is ONE HOUR, mandated by company contract with the customer.

In my first interview I told him that I need "at least" TWO DAYS, FORTY EIGHT HOURS to process one of those cases to make sure we don't have lateral movement BEFORE WE ALERT THE CUSTOMER. He didn't say anything.

In the second interview (we're on Cisco Webex Teleconference), he asks me the SLA question of "how would you handle a SEV 3 FireEye Crypto-Ransomware ALERT AT THREE IN THE MORNING, DO YOU CALL THE CUSTOMER OR NOT?". Before I start to answer.....this man snapped at me saying "AND DON'T TELL ME THAT YOU NEED FORTY-EIGHT HOURS TO PROCESS A CASE, WE HAVE SLA DAMMIT".

I told the man, "get rid of it, you don't need it, it obstructs and breaks, destroys ALL of your security". This man looked at me like a gold-fish finally realizing that it reached the edge of it's bowl, thinking that it was at the edge of the ocean. This man believes in flat-earth. He says "Well, I can't do anything about that, so tell me how can we smarten these guys up TO NOT BREAK SLA?".

I say "You just told me of a quality of work issue, of which I am thankful for, really grateful, and I need that information to evaluate this role. There are many hostile SOCs and as you said, you have people leaving (six months to a year AND GONE!!! His words, his confession in this interview, not my guesswork, an unprovoked confession!!!!!). So, your younger workers don't understand how to grow and more than likely your Tier III and Tier II won't let them. I have seen this before. But you need time to process the logs, Look, just for one case, it might take me thirty-minutes to an hour just to pull the damn logs man, DO YOU KNOW HOW TO PULL LOGS? You need to make sure that thing isn't infected with something else?"

andre Turner - "Pro Se", Complaint
8 Orchard Lane
Interlake, GA 31028
9466...2616
andre..@Gmail.com

S. District Court
rk's office
5 Maberry Street, Suit 216
78) 752-3497

Page 48 | 55

I continue "Now, I know that you are big on SLA because it's in the contract, but I can have that conversation with your customers AS I AM HAVING THIS CONVERSATION WITH YOU. Do you understand? Your customers will bend on SLA stuff if you just give them good information that I will produce for you but, you need to take this up with upper management (he says "I can't do that and you know why"). You can't think that I or anyone….okay look………..you're talking to the fastest gun in the west, OKAY? I'm the best. There's no one that's going to do a quality review OF ANYTHING……okay look, if I send you one of my reports, you'll be TWO HOURS reading it and re-reading it making sure that you don't accidentally lie to the customer".

"why will it take you that long to read and reread it? WELL, you're going to be processing multiple cases, SO all of your analysts by your admission (AGAIN a question that I did not ask) close more than 70 tickets A SHIFT PER ANALYSTS, dude, you can't even run a single Splunk query and get the data for one computer and check it in eight minutes, you're barely understanding just one website that computer went two in eight minutes. I have processed HUNDREDS of cases, AND THEN, what if I need to do peer-review?"

"I can't do that in an hour. I can't send you my manager my case evidence report so that you are prepared for your customer for that Severity-3 FireEye alert, and do peer-review with another analyst AND what happens when, I have two or more SEVERITY THREE cases ALL AT ONCE….as my manager, I NEED YOU right-now to answer THAT QUESTION for me. Go ahead, it's just me and you, I'm going to bring you LOADS of these Severity 3 things and we can't be arguing about how long security takes. It takes however long it takes otherwise you are frauding your customers".

I didn't get that job. That was two interviews where I was jumped to the head of the line, to the front of the pack for a "one and one" final-round interview and TWICE DENIED. It's fine. If he has people copying and pasting the wrong information into tickets JUST TO MEET SLA…..dude, we are fucked everywhere.

Only someone like me can go into an organization and identify these issues accurately. Some security managers don't know that they are being scammed. There are so many bureaucratic nooks and crannies within the processing of one security incident that you don't know where the scam is…….

a. The equipment can be broken or faulty and never repaired because some manager doesn't want it fixed like SunTrust and their DLP
b. Some manager might not believe that malware can bypass antivirus and infect/compromise a system, like the SunTrust SOC manager told me in a meeting

Randy Turner   "Pro Se" - Complaint
8 Orchard Lane
atepe e, GA 31028
4)66 -2616
ras2 @Gmail.com

S. District Court
rk's ice
9 Ho ny Street, Suit 216
8) 4 3497

c. Your Track I and Track II card-data for ALL transactions at WorldPay and potentially other organizations might not be encrypted as they lied to their PCI auditors several years in a row, to maintain their certification.......I found this out myself using RSA Netwitness and sent a sample to the Security Director of WorldPay and he went to yell at the Networks Team and their manager THREATED TO TURN OFF THE NETWORK IF "I" performed anymore netwitness investigations into their team or their connections

d. Your manager like at Deutsche Bank or Allstate might stand-up a Threat Intelligence team and might not know what the fuck that is or what it does, but he thinks it's cool and he needs something to get upper-management off of his back, so he's going to threaten the organization with looming-attacks so that he can stand up a department where everyone is going to make a hefty salary but they aren't getting paid as much as Human Resources approved for him to pay them. Maybe he siphons a little money off of that unspent-salary allotment into his bonus? Maybe? I dunno, but I do know that fucker at Allstate doesn't know SHIT about security. He asked me "Um, what's this proactive investigations that you do, I heard only the government knows that". I heard the same question from Freddie Mac, Sallie Mae, Nike, Thomspon Reuters, that damn gas-oil company in California that went bankrupt, CarMax. They don't know what security is but you are paying for it

e. Some manager, like the one at FirstData who interviewed me for a splunk security position is going to try to cook up "a phony business intelligence report" based on some sort of data to use charts & graphs to lie TO HIS management about the labor and benefit that his manning (team) is providing. He asked me to agree to commit fraud within the interview process like my interview the GAO, where I was asked for perform a similar presentation regarding $3 Million dollars that was stolen from the government through various-task-order-budgets because "we bought too many security tools and we just don't know where they all are but we need the government to believe that we are appropriately provisioning manning toward or security technology in a balanced way that is equitable for all"

You have managers that are doing tricky-shit and when you get close to figuring it out, you will be threatened or they are going to blow up something on the network

Service Level Agreements are used to lie to stakeholders, making them believe that they are receiving the greatest benefit of security that there is. But there are scams underneath the sheets and you need to force them down into a room to answer questions, AND WHEN THEY CLAIM TO BE IN INCIDENT you fly down to that office, or drive, or go down those stairs and TURN OFF EVERYTHING, START FIRING PEOPLE THAT DAY. THAT IS CHINA. There is no reason why that manager can't let one of his

subordinates handle whatever it is that is supposedly going on. Those managers are never involved with that day-to-day NEVER. They are never hand-holding those children into anything. They are like that CISC MSSP SOC manager.

He believes in one-guy. He has his favorite and that favorite gets to do whatever he wants, like the director was with drew when drew was shitting on the soc at DB on a daily basis. They all operate in the same way. They pick one or two favorites and those favorites RUN EVERYTHING IN THE WORLD and beyond that, you don't know what anyone does. That manager is sitting in his office, jacking off to cam-girls. I'm not criticizing. Cam-Girls are amazing!!!

Service Level Agreements are a way for you to NOT ASK ABOUT SECURITY. We gave you THIS-MANY tickets closed WITHIN SLA that means we are following our processes exactly. WE closed this many tickets OUTSIDE OF SLA and we are examining our processes there. Do you see how this works? ONLY AFTER you read my whole story which is contained in other books, of which, I can send to you, will you completely understand how cyber-security is a fraudulent industry and the whole thing needs to be shut down by the government so that we can save this country and protect the jobs (reclaim them) for many americans who need good professions to call their own

4. The director tells a routine lie of how much security is performed regarding the "two thousand IDS alerts per second per hour that the bank receives on a daily basis. Someone needs to filter those damn alerts but they don't know how to investigate them probably because they don't have visibility into those segments.

All organizations need RSA Netwitness DEPLOYED APPROPRIATELY, unlike at SunTrust where the SOC Manager loaded it up with junk-data from "routing segments" 4 GIGABITS PER SECOND ON ALL DECODERS just so that he could politically try to kill the damn $12 Million dollar investment into RSA products because he doesn't want a breach found on that network.

RSA Netwitness gives your SOC the ability to actually investigate alerts. There is a minimum set of logs that are required to investigate alerts. However, many SOCs don't have the required-logs to investigate the fucking IDS alerts that they receive from whatever segments are being monitored. So, here's what happens..............

Imagine that someone you know, send you a terse email that said "fuck you fuck you fuck you janet and no I'm not coming to the dinner party" BLOOP. That's it. That's all you got.

THAT'S THE WHOLE TEXT OF THE EMAIL. NOW..............IDS ALERTS are SHORTER THAN THAT. SO, RACKSPACE!!!! WHAT DOES YOUR SOC DO?

a. Well, I looked at the alert itself and it didn't say anything bad about it

b. Well, we don't use our packet-capture appliance for anything, it's just a waste of time, and NO, I'm not recommending that we change it because well, who likes packets, I need to be the top-dawg of the SOC and that means, keep everyone else stupid and dumb, you know how that is....wait? no, you smell like work.....ooops I guess...can I go now?

c. The alert tells you if it's bad or not, and if it's not really-bad then I close it, that's how I learned it at SANS and that's what everyone else in the industry does, I CHECKED TWICE

d. The manager doesn't know how to triage alerts so we just close them like whack-a-mole to make sure we can leave on time for the day. HE DOES CHECK THAT, though. He's always a royal-bitch about that. He's going to check to see if we have alerts in the queue, SO WE FIX THAT, TIME FOR FOOD-TRUCK GUYS....I gotta go

e. (on a different day), SO, we found that guy who you identified did the 25 GIGABYTES and 40 GIGABYTES to the Mega site, um, ya that's a hacker site. Um, is the NSA or Anonymous watching that one? Anyway....um......HR won't do anything about that one, any thoughts? Well, you think about it, I'll go back to my desk.

AND THAT'S WHY I got fired from RACKSPACE.......people don't like exfiltration. I told that managing-director to his hair face. I will identify exfiltration on your network. HOWEVER, I couldn't plan for me identifying it THE SAME DAY THAT IT HAPPENED. Dude, you turn in a case like that? Everyone is ready to shit themselves, thinking that you have the powers of God.

Just so that you are aware, SLA doesn't help you when your SOC team ONLY processes alerts or like DB swears to you that they are "hunting" and being "proactive" when they don't even know what that is, and they won't try to establish a hunting or proactive practice in a credible way so that they can mandate work-shifts to accomplish that objective.

They lie to you about everything. Only "I" using my access to their data, reviewing their whole entire data collection (which is not inclusive to the whole entire network because they might not be collecting everything, generally, they collect HALF of everything and THAT HALF causes THIS MUCH PROBLEMS).

5. The director characterized his security within Cyber Threat Operations as state of the art and/or state of the industry. So, if your security is so good, then where is your book?

...an... Turner - "Pro Se" - Co...
3 Oa...rd Lane
...te...e, GA 31028
...4)6... -2616
...me... bGMail.com)

..., D... ict Court
...k's ... ffice
3 M...erry Street, Suit 216
...8) 7...2 3497



And Turner - "Pro Se"
Orchard Lane
interville, GA 31028
)60   2616
ner  GMail.com

, District Court
rk's ffice
Mulberry Street, Suit 216
8)   -3497

https://amzn.com/B07PPXP15C